

**VIA ECF (W/O ENCLOSURES) AND HAND DELIVERY**

March 3, 2011

Hon. Kiyo A. Matsumoto
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Sandra Barkley v. United Homes, LLC, et al.*, CV-04-0875 (KAM)(RLM)
       *Mary Lodge v. United Homes, LLC, et al.*, CV-05-0187 (KAM)(RLM)
       *R. & S. Gibbons v. United Homes, LLC, et al.*, CV-05-5302 (KAM)(RLM)
       *Dewitt Mathis v. United Homes, LLC, et al.*, CV-05-4386 (KAM)(RLM)
       *Miles and Lisa McDale v. United Homes, LLC, et al.*, CV-05-5362 (KAM)(RLM)
       *Charlene Washington v. United Homes, LLC, et al.*, CV-05-5679 (KAM)(RLM)

Dear Judge Matsumoto:

     This office, along with AARP Foundation Litigation and Cowan Liebowitz & Latman, P.C., represents the plaintiffs in the above-referenced consolidated actions. Pursuant the Court's Order of December 16, 2010, plaintiffs served two motions *in limine* on January 26, 2011, two courtesy copies of each of which are enclosed herewith. The motions, which were filed early via ECF, were not opposed by any party, and no reply was served or filed by plaintiffs.

                                              Respectfully submitted,

                                              Sara Manaugh

(Enclosures)

**South Brooklyn Legal Services**
105 Court Street, 3rd Floor   Brooklyn, NY 11201
Phone: 718-237-5500    Fax: 718-855-0733    www.sbls.org
**John C. Gray**, Project Director

**Towards justice and dignity for all – Por la Justicia y Dignidad de Todos**

