**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARY LODGE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED HOMES, LLC, UNITED PROPERTY GROUP, LLC, YARON HERSHCO, GALIT NETWORK, LLC, OLYMPIA MORTGAGE CORP., BAYVIEW LOAN SERVICING, LLC, BAYVIEW ASSET MANAGEMENT, LLC, U.S. BANK, N.A., AS TRUSTEE FOR BAYVIEW ASSET-BACKED SECURITIES TRUST SERIES 2007-30, and BAYVIEW FINANCIAL MANAGEMENT CORP.<br><br>　　　　　　Defendants. | Civil Action No.: CV-05-0187 (KAM)(RLM) |

**DECLARATION OF RACHEL GEBALLE**

　　　　I, Rachel Geballe, hereby declare under penalty of perjury that the following is true and correct:

　　　　1.　　I am a member of the Bar of this Court and a Staff Attorney with the Foreclosure Prevention Project at South Brooklyn Legal Services, located at 105 Court Street, Brooklyn, New York 11201. I serve as co-counsel for the plaintiff in the above-captioned action.

　　　　2.　　I submit this Declaration in further support of plaintiff's motion to strike the Bayview defendants' holder-in-due-course defense.

　　　　3.　　Attached hereto as Exhibit A is a true and complete copy of the 2006 Limited Liability Company Report of Bayview Loan Servicing, LLC, filed with the

Secretary of State of the Florida Division of Corporations on or about March 9, 2006, *available at* http://www.sunbiz.org/pdf/2245087D.pdf.

4. Attached hereto as Exhibit B is a true and complete copy of the 2006 Limited Partnership Annual Report of Bayview Financial, L.P., filed with the Secretary of State of the Florida Division of Corporations on or about March 10, 2006, *available at* http://www.sunbiz.org/pdf/1753002F.pdf.

5. Attached hereto as Exhibit C is a true and complete copy of the 2006 For Profit Corporation Annual Report of Bayview Financial Management Corp., filed with the Secretary of State of the Florida Division of Corporations on or about March 14, 2006, *available at* http://www.sunbiz.org/pdf/42210331.pdf.

6. Attached hereto as Exhibit D is a true and complete copy of a Limited Partnership Amendment for Bayview Financial Trading Group, L.P., filed with the Secretary of State of the Florida Division of Corporations on or about June 9, 2004, *available at* http://www.sunbiz.org/pdf/H0122611.pdf.

7. Attached hereto as Exhibit E is a true copy of an excerpt of the Transfer and Servicing Agreement for the Bayview Financial Revolving Asset Trust 2005-A Asset-Backed Securities, among Bayview Financial Revolving Asset Trust 2005-A, Wells Fargo Bank, N.A., Bayview Financial Property Trust II, Wachovia Bank, National Association, and BNY Trust Company of Canada, dated as of February 1, 2005, produced without Bates numbering.

8. Attached hereto as Exhibit F is a true copy, excluding all exhibits except redacted Exhibit I-A, of the Servicing Agreement among Bayview Loan Servicing, LLC,

Manufacturers and Traders Trust Company, and Bayview Financial, L.P., dated as of September 1, 2007, produced without Bates numbering.

Dated:	March 30, 2011
	Brooklyn, New York

>	/s/ Rachel Geballe
>	Rachel Geballe, Esq., Of Counsel
>	SOUTH BROOKLYN LEGAL SERVICES
>	105 Court Street, 3rd Floor
>	Brooklyn, NY 11201
>	(718) 237-5500
>	*Attorney for Plaintiff Mary Lodge*