**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of March, 2011, I caused the Notice of Motion to Strike the Holder-in-Due-Course Defense, the Memorandum of Law in Support of Plaintiff Mary Lodge's Motion to Strike the Bayview Defendants' Holder-in-Due-Course Defense, Plaintiff Mary Lodge's Local Rule 56.1 Statement in Support of the Motion to Strike the Bayview Defendants' Holder-in-Due-Course Defense, and the Declaration of Sara Manaugh with attached Exhibits to be served upon all counsel of record via overnight delivery.

      I further hereby certify that on the 30th day of March, 2011, I caused the Reply Memorandum of Law in Further Support of Plaintiff Mary Lodge's Motion to Strike the Bayview Defendants' Holder-in-Due-Course Defense and the Declaration of Rachel Geballe with attached Exhibits to be served upon all counsel of record via overnight delivery.

_____
Sara Manaugh
SOUTH BROOKLYN LEGAL SERVICES
Foreclosure Prevention Project
105 Court Street, 3rd Floor
Brooklyn, New York 11201
(718) 237-5500
smanaugh@sbls.org