


590 Madison Avenue, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

March 30, 2011

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York  11201

Re:  *Lodge v. United Homes, LLC, et. al.*
       <u>Case No. CV-05-0187 (KAM)(RLM)</u>

Dear Judge Matsumoto:

This firm represents the defendants Bayview Loan Servicing, LLC, Bayview Asset Management, LLC and US Bank and Trust in the referenced action.

Filed simultaneously with this letter are the following documents in opposition to the Plaintiff's motion to strike the holder in due course defense:

- Memorandum of Law in Opposition to Motion to Strike the Bayview Defendants' Holder in Due Course Defense;

- Declaration of Robert E. Hodapp, and

- Declaration of Timothy J. Fierst.

If Your Honor has any questions or requires any clarification regarding the referenced documents, please do not hesitate to contact the undersigned.

Respectfully submitted,

/s/ Timothy J. Fierst

Timothy J. Fierst

TJF:me
cc:    All Counsel (Via ECF)