# EXHIBIT A

Olympia Mortgage
O-10244-03

## SUPPLEMENT TO LOAN SALE AGREEMENT

This Supplement ("Supplement") is entered into and is effective as of this 23rd day of June, 2003, by and between Olympia Mortgage, a N.Y. Corp (the "Seller") and Bayview Financial Trading Group, L.P. (the "Purchaser"), and supplements that Loan Sale Agreement ("Prior Agreement") entered into between Seller and Purchaser dated as of March 25,2002 (the "Prior Agreement" and this "Supplement" shall be referred to collectively as the "Agreement").

WHEREAS, Seller desires to sell and Purchaser desires to purchase certain mortgage loans (the "Loans") identified on Exhibit "A" attached hereto; and

WHEREAS, Purchaser and Seller desire to supplement the Agreement to include the Loans described on Exhibit "A";

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency which is hereby acknowledged, the Purchaser and Seller agree as follows:

1.      Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Agreement.

2.      Seller will sell and Purchaser will purchase the Loans identified on Exhibit "A."

3.      The aggregate Purchase Price for the Loans shall equal (i) the purchase price percentage specified on Exhibit "A" applicable to the Loans multiplied by the unpaid principal balance of the Loans as of the Cut-off Date shown on Exhibit "A" (the Cut-off Date"), plus (ii) accrued but unpaid interest thereon up to but not including the Closing Date for each Loan not more than thirty (30) days delinquent as of the Cut-off Date. The Purchaser shall not pay for any negative escrows, corporate advances, or servicing advances.

4.      The Closing Date for the purchase of the Loans is  July 7, 2003 .

5.      Notwithstanding any provisions contained in the Agreement, Seller shall repurchase within ten (10) days of Purchaser's demand any Loan for which the first payment due Purchaser after the Closing Date is not made by the borrower within thirty (30) days of its due date.

6.      Notwithstanding any provisions contained in the Agreement, Seller shall, except in the case of a breach o f the representation and warranty in connection with a first payment default, have a thirty (30) day opportunity to cure any breach of a representation and warranty set forth in the Agreement which breach is susceptible of cure. This cure period will commence upon the earlier of either Seller's discovery of the breach or the date of Purchaser's written notice to Seller of the breach. The purchase price for a Loan or REO to be repurchased by the Seller shall equal the sum of: (a) the aggregate unpaid principal balance of the Loan as of the repurchase date (with respect to any REO, as of the date the foreclosure complaint is filed or with respect to a Cooperative Loan as of the date the UCC sale occurs), multiplied by the applicable purchase price percentage specified on Exhibit "A", (b) any and all interest that formed a part of the Purchase Price of such Loan pursuant less any interest payments received after the Closing Date on account of interest accrued prior to the Closing Date; (c) accrued and

unpaid interest at the underlying promissory note rate from and after the Closing Date (and with respect to any REO, at the legal judgment rate from the date the foreclosure judgment is entered or UCC sale occurs), plus (d) all other unreimbursed reasonable out-of-pocket costs, expenses and advances incurred by or on behalf of Purchaser in connection with such Loan or Loans after the Closing Date.

7.      In addition to Seller's indemnification obligations under the Prior Agreement, Seller further agrees to indemnify and forever hold Purchaser harmless from any and all claims, costs, damages, suits, actions, losses, liabilities and expenses, including actual attorney's fees, arising directly or indirectly from any claim by a servicer for servicing advances advances, corporate advances or negative escrows incurred prior to the Cut-Off Date.

8.      There is no default, breach, violation or event of acceleration existing under (i) any Security Instrument, Evidence of Indebtedness, Instrument of Collateral, Note or Cooperative Note and (ii) any other senior, superior or prior Security Instrument, Evidence of Indebtedness, Instrument of Collateral, Note or Cooperative Note.

9.      Seller shall deliver a duly executed Power of Attorney in substantially the same form as Exhibit "B" attached hereto.

10.     No Borrower was a debtor in any state or federal bankruptcy or insolvency proceeding at the time the Mortgage Loan or Cooperative Loan was originated and, on the Closing Date no Borrower was a debtor in any state or federal bankruptcy or insolvency proceeding.

11.     Seller hereby makes to Purchaser as to each Loan each representation and warranty set forth in the Agreement as of the date hereof and the Closing Date. Seller shall cause all taxes, assessments, charges, condominium fees, cooperative maintenance fees on the Mortgaged Property, Cooperative Loan Property, REO or real property securing any of the Loans to be paid no less than forty-five (45) days prior to the date any penalty will accrue.

12.     THIS SUPPLEMENT SHALL BE CONSTRUED AND GOVERNED IN ACCORDANCE WITH THE LAWS OF THE STATE OF FLORIDA. VENUE FOR ANY LITIGATION ARISING UNDER THIS SUPPLEMENT OR ITS SUBSEQUENT PERFORMANCE SHALL BE MIAMI-DADE COUNTY, FLORIDA. ANY LITIGATION BETWEEN THE PARTIES ARISING FROM THIS SUPPLEMENT SHALL ONLY BE BROUGHT IN MIAMI-DADE COUNTY, FLORIDA AND THE PARTIES HEREBY AGREE TO SUCH JURISDICTION IN MIAMI-DADE COUNTY, FLORIDA. ANY ISSUE REGARDING ENFORCEABILITY OF THE COOPERATIVE LOAN DOCUMENTS OR DOCUMENTS RELATING TO REO SHALL BE DETERMINED IN ACCORDANCE WITH THE LAWS OF THE STATE IN WHICH THE RELATED CO-OP PREMISES OR REO IS LOCATED.

13.     EACH PARTY HEREBY KNOWINGLY, VOLUNTARY AND INTENTIONALLY, WAIVES (TO THE EXTENT PERMITTED BY APPLICABLE LAW) ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY OF ANY DISPUTE ARISING UNDER

OR RELATING TO THIS SUPPLEMENT AND AGREES THAT ANY SUCH DISPUTE SHALL BE TRIED BEFORE A JUDGE SITTING WITHOUT A JURY.

14.    In the event of any dispute hereunder or of any action to interpret or enforce this Supplement, any provision hereof or any matter arising herefrom, the prevailing (or substantially prevailing) party in any dispute arising under this Supplement or its subsequent performance shall be entitled to recover its actual costs, fees and expenses, including, but not limited to, witness fees, expert fees, consultant fees, attorney (in-house and outside counsel), paralegal and legal assistant fees, and other professional fees, costs and expenses whether in settlement, in any declaratory action, at trial or on appeal and in all dispute resolution proceedings, including bankruptcy and post-judgment collection, proceedings to determine the amount of attorneys' fees to be awarded; and whether or not suit be brought.

15.    Except as required by law or regulation, or by court order, Seller shall keep confidential and shall not divulge to any party, without Purchaser's prior written consent, the terms of this Supplement and the proposed transaction contemplated hereunder; except that either party may disclose such terms to its employees, officers, directors, shareholders, financial advisors, consultants, partners, affiliates, lenders and attorneys who need to know such terms for purposes of evaluating the proposed transaction.

16.    All buildings and improvements upon every Property and/or Mortgaged Property are insured by a generally acceptable insurer against loss by fire, hazards of extended coverage and such other hazards as are customarily insured against in the area where each Property is located in an amount which is at least equal to the lesser of: (a) the outstanding principal balance of the applicable Loan and/or Mortgage Loan; (b) the full replacement value of the Property and/or Mortgaged Property, or (c) in the case of flood insurance, the maximum amount of insurance which is available under the Flood Disaster Protection Act of 1973. If the Property and/or Mortgaged Property is in an area identified in the Federal Register by the Federal Emergency Management Agency as having special flood hazards and in which flood insurance has been made available, a flood insurance policy meeting the requirements of the current guidelines of the Flood Insurance Administration is in effect with a generally acceptable insurance carrier. All individual insurance policies contain a standard mortgagee clause naming Seller, its successors and/or assigns, as mortgagee, and all premiums thereon have been paid.

17.    Except to the extent specifically provided in this Supplement, all provisions of the Agreement shall remain unchanged and in full force and effect and shall be applicable to the Loans and to each transaction contemplated by this Supplement as if set forth herein in full.

18.    All notices and other communications hereunder shall be in writing (including a writing delivered by facsimile transmission) and shall be deemed to have been duly given: (a) when delivered, if sent by registered or certified mail (return receipt requested); (b) when delivered, if delivered personally or by telecopy, or (c) on the first following business day, if sent by United States Express Mail or overnight courier, in each case to the parties at the following addresses (or at such other addresses as shall be specified by like notice);

*Purchaser*

If to ~~Seller~~ to:

Bayview Financial Trading Group, LP
Attention Brian E. Bomstein, General Counsel
4425 Ponce de Leon Blvd.
4th Floor
Coral Gables, Florida 33146

*Seller*

If to ~~Purchaser~~ to:   Olympia Mortgage Corp.
1413 Ave. J
Brooklyn, NY 11230
Attn:

IN WITNESS WHEREOF, each of the undersigned parties to this Supplement has caused this Supplement to be duly executed by one of its duly authorized officers, all as of the date first above written, each with the intent to be legally bound.

OLYMPIA MORTGAGE

By: _____

Name: _Barry Goldstein_

Its: _Managing Director_

Date: _6-25-03_

BAYVIEW FINANCIAL TRADING GROUP, L.P.

By: Bayview Financial Management Corp.,
its General Partner

By: _____

Name: _____

Its: _____

Date: _____

F:\AlexVal\JACK\Agreements\OLYMPIA MORTGAGE_O-10244-03.Supplement 2001-3.doc73228

0099

If to ~~Seller~~ _Purchaser_ to:

Bayview Financial Trading Group, LP
Attention Brian E. Bomstein, General Counsel
4425 Ponce de Leon Blvd.
4th Floor
Coral Gables, Florida 33146

If to ~~Purchaser~~ _Seller_ to:   Olympia Mortgage Corp
                                   1413 Ave J
                                   Brooklyn, NY  11230
                                   Attn: Barry Goldstein

   IN WITNESS WHEREOF, each of the undersigned parties to this Supplement has caused
this Supplement to be duly executed by one of its duly authorized officers, all as of the date first
above written, each with the intent to be legally bound.


OLYMPIA MORTGAGE

By: _____

Name: _Barry Goldstein_

Its:  _Managing Director_

Date: _6-25-03_




BAYVIEW FINANCIAL TRADING GROUP, L.P.

By: Bayview Financial Management Corp.,
its General Partner

By: _____

Name: _____

Its: _____

Date: _____


F:\AlexVal\JACK\Agreements\OLYMPIA MORTGAGE_O-10244-03.Supplement 2001-3.doc73228

4                                              0100

# EXHIBIT "A"

## SCHEDULE OF MORTGAGE LOANS

Part 1                                                                    Friday, July 11, 2003 03:56 PM                    Page 1

Deal ID:   0-10244-03          REVISED (handwritten)

Exhibit A
Asset/Loan Sale Agreement Between
[handwritten] /Bayview Financial Trading Group, LP Dated  6/23/02

| Bayview Loan # | Seller Loan # | Borrower | Property Address | Property City | Prop Zip Code | Property Zip Code | Prop Occ Type | P And I | UPB | Loan Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 263210 | 250046824 | REDACTED | | BROOKLYN | NY | 11207 | 24 0 | 1,678.11 | 239,729.62 | UCONN |
| 263211 | 250046898 | | | ROSEDALE | NY | 11413 | 24 1 | 2,701.42 | 394,436.63 | UCONN |
| 263212 | 250046846 | | | BROOKLYN | NY | 11207-000 | 24 1 | 2,182.53 | 315,029.31 | UCONN |
| 263213 | 250046849 | | | FAR ROCKAWAY | NY | 11691-000 | 24 1 | 2,049.41 | 327,473.16 | UCONN |
| 263214 | 250046847 | | | BRODKLYN | NY | 11234-000 | 24 0 | 2,207.28 | 334,680.98 | UCD. |
| 263215 | 250046898 | | | JAMAICA | NY | 11436-000 | 24 0 | 1,670.33 | 234,958.75 | UCC. |
| 263216 | 250046846 | | | PATERSON | NJ | 07501 | 24 1 | 891.67 | 131,745.75 | UCONN |
| 263217 | 250046285 | | | PATERSON | NY | 07502 | 24 1 | 1,098.30 | 150,565.37 | UCONN |
| 263220 | 250210250 | REDACTED | | BRODKLYN | NY | 11237-000 | 24 1 | 3,121.94 | 387,142.66 | UCONN |
| 263223 | 250049831 | | | BRODKLYN | NY | 11228-000 | 24 1 | 3,310.92 | 501,858.49 | UCONN |
| 263224 | 416001010 | | | SARALAND | AL | 36571 | SF 1 | 300.91 | 37,998.11 | UCONN |
| 263228 | 250049826 | | | BROOKLYN | NY | 11211 | 24 1 | 2,929.19 | 397,555.83 | UCONN |
| 263229 | 250049545 | | REDACTED | NEWARD | NY | 071403-000 | 24 1 | 1,085.67 | 147,700.10 | UCONN |
| 263230 | 250049895 | | | BROOKLYN | NY | 11207-000 | 24 0 | 1,866.70 | 285,461.71 | UCCV |
| 263231 | 250049883 | REDACTED | | WOODSIDE | NY | 11377-000 | 24 0 | 2,538.79 | 380,337.65 | UCC |
| 263232 | 250049897 | | | CORONA | NY | 11368-000 | 24 1 | 2,455.83 | 358,289.36 | UCONN |
| 263234 | 250049827 | | | PATERSON | NJ | 07522-000 | SF 1 | 792.47 | 107,632.78 | UCONN |
| 263235 | 250049950 | LODGE, MARY | 249 HALSEY STREET | BROOKLYN | NY | 11219-000 | 24 0 | 2,146.32 | 334,097.22 | UCONN |
| 263241 | 250210243 | | | NEW YORK | NY | 10032-000 | 24 1 | 3,519.77 | 438,504.74 | UCONN |
| 263242 | 250210244 | | | JAMAICA | NY | 11436-000 | 24 0 | 2,148.02 | 295,217.14 | UCONN |
| 263244 | 811102765 | | | HOLLISTER | CA | 95023-000 | SF 0 | 728.95 | 79,444.04 | UCONN |

Seller's Initials: [signature]
Buyer's Initials:

0102

T-176  P.03/05  Job-559

JUL-11-03  15:26  From:

Friday, July 11, 2003 01:56 PM

Page 2

Part 1

Deal ID: 0-10244-03    REVISED

Exhibit 'A'

Asset/Loan Sale Agreement Between
(Bayview Financial Trading Group, LP Dated    6/29/03

| Bayview Loan # | Seller Loan # | Borrower | Property Address | Property City | Prop State | Property Zip Code | Prop Type | Doc Type | P And I | UPB | Loan Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 263245 | 250210247 | | | HOWARD BEACH | NY | 11414-000 | 24 | I | 2,936.70 | 418,100.33 | UCON |
| 283249 | 250049845 | | | ROSEDALE | NY | 11413-000 | SF | O | 1,876.48 | 254,335.02 | UCON |
| 283250 | 250049826 | | | PATERSON | NJ | 07524 | SF | O | 852.91 | 117,116.56 | UCON |
| 283252 | 250049862 | | | JAMAICA | NY | 11435-000 | SF | D | 1,473.51 | 226,609.86 | UCON |
| 283256 | 250049840 | | | JAMAICA | NY | 11453-000 | SF | D | 1,397.47 | 222,951.58 | UCO+ |
| 283257 | 250049832 | | | NEWBURGH | NY | 12550-000 | SF | D | 369.95 | 52,251.48 | UCON |
| 283258 | 250049875 | | | ORANGE | NJ | 07050 | SF | O | 444.18 | 61,733.15 | UCON |
| 283269 | 250049823 | | | BROOKLYN | NY | 11205 | 24 | O | 4,585.04 | 635,776.12 | UCON |
| 283260 | 250049898 | | | BROOKLYN | NY | 11233 | 24 | O | 2,174.09 | 321,379.60 | UCON |
| 283262 | 250210243 | | | BROOKLYN | NY | 11233-000 | 24 | I | 2,164.15 | 271,088.02 | UCON |

Totals: 31

8,461,881.23

0103

JUL-11-03  15:27  From:                                                T-176  P.04/05  Job-559

Part 2                                    Revised                                        Page 1
Deal ID: D-16244-03                                    Friday, July 11, 2003 03:56 PM

Exhibit 'A'
Asset/Loan Sale Agreement Between
(Bayview Financial Trading Group, LP Dated

| Bayview Loan # | Seller Loan # | Orig Date | Mat Date | Next Pay Date | PMI % | Loan Purp | Purchase Price | Lien Stat | Current Rate | Next Adj Date | Cut Off Date | Paid To Date | Maximum Rate | Periodic Cap | BK Status | BK Chapter | BK Filing | Orig Term | REO Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 263210 | 2500498247 | 11/30/02 | 12/01/32 | 08/01/03 | 0.00 | R | 100.000 | 1 | 7.500 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263211 | 2500498883 | 12/13/02 | 01/01/33 | 07/01/03 | 0.00 | P | 94.000 | 1 | 7.250 | 02/01/05 | 07/11/03 | 06/01/03 | 12.25 | 1.00 | No | | | 360 | |
| 263212 | 2500498469 | 02/20/03 | 03/01/33 | 08/01/03 | 0.00 | P | 94.000 | 1 | 7.375 | 04/01/05 | 07/11/03 | 07/01/03 | 12.38 | 1.00 | No | | | 350 | |
| 263213 | 2500498489 | 03/26/03 | 01/01/29 | 08/01/03 | 25.00 | P | 100.000 | 1 | 6.375 | 04/01/06 | 07/11/03 | 07/01/03 | 12.38 | 1.00 | No | | | 309 | |
| 263214 | 2500498479 | 02/04/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.875 | 03/01/05 | 07/11/03 | 07/01/03 | 12.88 | 1.00 | No | | | 360 | |
| 263215 | 2500498989 | 12/24/02 | 01/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.625 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263216 | 2500498454 | 02/14/03 | 03/01/33 | 07/01/03 | 0.00 | P | 90.000 | 1 | 8.250 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263217 | 2500402951 | 11/25/02 | 12/01/32 | 07/01/03 | 0.00 | P | 96.000 | 1 | 7.875 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263220 | 2502102504 | 01/16/03 | 02/01/33 | 07/01/03 | 0.00 | P | 88.000 | 1 | 9.000 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263223 | 2500498319 | 12/13/02 | 01/01/33 | 07/01/03 | 0.00 | P | 99.000 | 1 | 6.875 | 02/01/05 | 07/11/03 | 06/01/03 | 11.88 | 1.00 | No | | | 360 | |
| 263224 | 4180010101 | 08/22/02 | 09/01/32 | 05/01/03 | 0.00 | E | 80.000 | 1 | 8.750 | | 07/11/03 | 07/04/03 | 0.00 | 0.00 | No | | | 360 | |
| 263228 | 2500498266 | 12/19/02 | 01/01/33 | 08/01/03 | 0.00 | P | 95.000 | 1 | 8.000 | 02/01/05 | 07/11/03 | 07/01/03 | 13.00 | 1.00 | No | | | 360 | |
| 263229 | 2500498459 | 02/28/03 | 03/01/33 | 07/01/03 | 0.00 | P | 91.000 | 1 | 8.000 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263230 | 2500498955 | 11/13/02 | 12/01/32 | 08/01/03 | 0.00 | P | 100.000 | 1 | 6.875 | 12/01/04 | 07/11/03 | 07/01/03 | 11.88 | 1.00 | No | | | 360 | |
| 263231 | 2500498833 | 02/28/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.000 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263232 | 2500498970 | 12/11/02 | 01/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.250 | 02/01/05 | 07/11/03 | 07/01/03 | 12.25 | 1.00 | No | | | 360 | |
| 263234 | 2500498278 | 12/13/02 | 01/01/33 | 07/01/03 | 0.00 | P | 90.000 | 1 | 8.000 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263238 | 2500498504 | 01/16/03 | 02/01/33 | 07/01/03 | 0.00 | P | 100.000 | 1 | 6.625 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263241 | 2502102485 | 12/31/02 | 01/01/33 | 08/01/03 | 0.00 | P | 90.000 | 1 | 8.250 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263242 | 2502102446 | 12/19/02 | 01/01/33 | 07/01/03 | 0.00 | E | 100.000 | 1 | 7.875 | | 07/11/03 | 09/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263244 | 8111027850 | 11/01/02 | 12/01/17 | 07/01/03 | 0.00 | R | 100.000 | 1 | 7.000 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 180 | |
| 263245 | 2502102479 | 12/13/02 | 01/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.500 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263249 | 2500498453 | 01/28/03 | 02/01/33 | 07/01/03 | 0.00 | P | 100.000 | 1 | 6.875 | | 06/20/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263250 | 2500498253 | 11/25/02 | 12/01/32 | 07/01/03 | 0.00 | P | 93.000 | 1 | 8.000 | | 05/29/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |

Seller's Initials:
Buyer's Initials:

0104

Part 2                                                                                          Page 2
Deal ID: D-102244-03     REVISED

Exhibit A.

OLYMPIAN RATE    Asset/Loan Sale Agreement Between
/Bayview Financial Trading Group, LP Dated  6/23/03

Friday, July 11, 2003 03:56 PM

| Bayview Loan # | Seller Loan # | Orig Date | Mat Date | Next Pay Date | PMI % | Loan Purp | Purchase Price | Lien Stat | Current Rate | Next Adj Date | Curt Off Date | Paid To Date | Maximum Rate | Periodic Cap | BK Status | BK Chapter | BK Fling | Orig Term | REG State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 263252 | 250D498527 | 03/29/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 6.750 | | 03/20/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263255 | 250D498408 | 01/16/03 | 02/01/33 | 08/01/03 | 0.00 | P | 140.000 | 1 | 6.375 | 02/01/05 | 07/11/03 | 07/01/03 | 11.38 | 2.00 | No | | | 360 | |
| 263257 | 250D498322 | 02/12/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.500 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263258 | 250D498752 | 11/14/02 | 12/01/32 | 07/01/03 | 0.00 | P | 100.000 | 1 | 7.750 | | 07/11/03 | 08/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263259 | 250D498231 | 10/28/02 | 11/01/32 | 07/01/03 | 0.00 | P | 94.000 | 1 | 7.750 | 11/01/05 | 07/11/03 | 06/01/03 | 13.75 | 1.00 | No | | | 360 | |
| 263260 | 250D498987 | 12/23/02 | 01/01/33 | 07/01/03 | 0.00 | P | 95.000 | 1 | 7.125 | | 07/11/03 | 05/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263262 | 250D210/2406 | 11/08/02 | 12/01/17 | 07/01/03 | 0.00 | P | 100.000 | 1 | 8.875 | | 07/11/03 | 08/01/03 | 0.00 | 0.00 | No | | | 180 | |

Totals Number Of Loan  31

0105

Seller's Initials:
Buyer's Initials:

## EXHIBIT "B"

## LIMITED POWER OF ATTORNEY

Olympia Mortgage_ (hereinafter called "Seller") hereby appoints Bayview Financial Trading Group, L.P. ("Purchaser"), as its true and lawful attorney-in-fact to act in the name, place and stead of Seller for the purposes set forth below. This Limited Power of Attorney is given pursuant to a certain Supplement to Loan Sale Agreement (Agreement) by and between Seller and Purchaser dated June 23, 2003 (the "Supplement") to which reference is made for the definition of all capitalized terms herein.

Now therefore, Seller does hereby constitute and appoint Purchaser the true and lawful attorney-in-fact of Seller and in Seller's name, place and stead with respect to each mortgage loan sold to Purchaser pursuant to the Supplement for the following, and only the following, purposes:

1.      To execute, acknowledge, seal and deliver deed of trust/mortgage note endorsements, assignments of deed of trust/mortgage and other recorded documents, satisfactions/ releases/reconveyances of deed of trust/mortgage, tax authority notifications and declaration, deeds, bills of sale, and other instruments of sale, conveyance, and transfer, appropriately completed, with all ordinary or necessary endorsements, acknowledgments, affidavits, and supporting documents as may be necessary or appropriate to effect its execution, delivery, conveyance, recordation of filing.

2.      To execute and deliver affidavits of debt, substitutions of trustee, substitutions of counsel, non-military affidavits, notices of rescission, foreclosure deeds, transfer tax affidavit, affidavits of merit, verification of complaint, notices to quit, bankruptcy declarations for the purpose of filing motions to lift stays and other documents or notice filings on behalf of Seller in connection with foreclosure, bankruptcy and eviction actions.

3.      To endorse and/or assign checks or negotiable instruments received by Purchaser as a payment under a Loan, a Loan Payment, a Mortgage Loan Payment, or Cooperative Loan Payment.

Seller intends that this Limited Power of Attorney be coupled with an interest and irrevocable.

Seller further grants to its attorney-in-fact full authority to act in any manner both proper and necessary to exercise the foregoing powers, and ratifies every act that Purchaser may lawfully perform in exercising those powers by virtue hereof.

Seller further grants to Purchaser the limited power of substitution and revocation of another party for the purpose and only for the purpose of endorsing or assigning notes or security instruments in Seller's name, and hereby ratifies and confirms all that the attorney-in-fact, or its substitute or substitutes, shall lawfully do or cause to be done by authority of this power of attorney and the rights and powers granted hereby.    O - 1 0244 -03

DCLIB1/73228/2/11153/00007

B-1

0106

Purchaser shall indemnify, defend and hold harmless Seller and its successors and assigns from and against any and all losses, costs, expenses (including, without limitation, actual attorneys' fees), damages, liabilities, demands or claims of any kind whatsoever, ("Claims") arising out of, related to, or in connection with (i) any act taken by Purchaser (or its substitute or substitutes) pursuant to this Limited Power of Attorney, which act results in a Claim solely by virtue of the unlawful use of this Limited Power of Attorney (and not as a result of a Claim related to the underlying instrument with respect to which this Limited Power of Attorney has been used), or (ii) any use or misuse of this Limited Power of Attorney in any manner or by any person not expressly authorized hereby.

IN WITNESS WHEREOF, Seller has executed this Limited Power of Attorney this 25ᵀᴴ day of June, 2003.

OLYMPIA MORTGAGE

By: _____

Name: Barry Goldstein

Title: Managing Director

Witnesses:

Patty Trinidad

Zippy Burch

STATE OF New York §
§
COUNTY OF Kings §

BEFORE ME, Jannie Solomon, a Notary Public in and for the jurisdiction aforesaid, on this 25ᵀᴴ day of June, 2003, personally appeared Barry Goldstein, who is personally known to me to be the Managing Director of Olympia mortgage Corp. The person who executed the foregoing instrument to be her free and voluntary act and deed as _____ for the uses, purposes and consideration therein set forth.

Witness my hand and official seal this 25ᵀᴴ day of June, 2003.

Jannie L. Solomon

Notary Public

My Commission Expires: 7-17-06

JANNIE L. SOLOMON
Notary Public, State of New York
No. 01SO6044951
Qualified in Queens County
Term Expires 7/17/20 06

DCLIB1/73228/2/11153/00007
73228/1

B-2

0107



OLYMPIA MORTGAGE   3



O-10244-03

Part 1

Deal ID: O-1024-03

Friday, July 11, 2003 03:56 PM

Page 1

Exhibit 'A'

Asset/Loan Sale Agreement Between

_Ceyman MTC_ /Bayview Financial Trading Group, LP Dated 6/23/03

REDACTED

| Bayview Loan # | Seller Loan # | Borrower | Property Address | Property City | Prop Zip Code | Property Zip Code | Occ Type | P And I | UPB | Loan Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 263210 | 250049824 | | | BROOKLYN | NY | 11207 | 24 | O | 1,678.11 | 238,729.62 | UCONV |
| 263211 | 250049898 | | | ROSEDALE | NY | 11413 | 24 | I | 2,701.42 | 394,436.63 | UCONV |
| 263212 | 250049846 | | | BROOKLYN | NY | 11207-000 | 24 | I | 2,182.53 | 315,029.31 | UCONV |
| 263213 | 250049849 | | | FAR ROCKAWAY | NY | 11691-000 | 24 | I | 2,049.41 | 327,473.16 | UCONV |
| 263214 | 250049847 | | | BROOKLYN | NY | 11234-000 | 24 | O | 2,207.28 | 334,860.88 | UC |
| 263215 | 250049898 | | | JAMAICA | NY | 11436-000 | SF | O | 1,670.39 | 234,958.75 | UC |
| 263216 | 250049845 | | | PATERSON | NJ | 07501 | 24 | I | 991.67 | 131,745.75 | UCONV |
| 263217 | 250040295 | | | PATERSON | NY | 07502 | 24 | I | 1,096.30 | 150,565.37 | UCONV |
| 263220 | 250210250 | | | BROOKLYN | NY | 11237-000 | 24 | I | 3,121.94 | 387,142.66 | UCONV |
| 263223 | 250049831 | | | BROOKLYN | NY | 11226-000 | 24 | I | 3,310.92 | 501,858.49 | UCONV |
| 263224 | 416001010 | | | SARALAND | AL | 36571 | SF | I | 300.91 | 37,986.11 | UCONV |
| 263228 | 250049826 | | | BROOKLYN | NY | 11211 | 24 | I | 2,929.19 | 397,565.83 | UCONV |
| 263229 | 250049845 | | | NEWARD | NY | 07103-000 | 24 | I | 1,085.97 | 147,700.10 | UCONV |
| 263230 | 250049895 | | | BROOKLYN | NY | 11207-000 | 24 | O | 1,866.70 | 285,481.71 | UC |
| 263231 | 250049863 | | | WOODSIDE | NY | 11377-000 | 24 | O | 2,538.79 | 380,337.85 | UC^^^^ |
| 263232 | 250049897 | | | CORONA | NY | 11368-000 | 24 | I | 2,455.83 | 358,289.36 | UCONV |
| 263234 | 250049827 | | | PATERSON | NJ | 07522-000 | SF | I | 792.47 | 107,632.79 | UCONV |
| 263238 | 250049660 | LODGE, MARY | 249 HALSEY STREET | BROOKLYN | NY | 11216-000 | 24 | O | 2,146.32 | 334,007.22 | UCONV |
| 263241 | 250210248 | | | NEW YORK | NY | 10032-000 | 24 | I | 3,619.77 | 438,604.74 | UCONV |
| 263242 | 250210244 | | | JAMAICA | NY | 11436-000 | 24 | O | 2,148.02 | 295,217.14 | UCONV |
| 263244 | 811102765 | | | HOLLISTER | CA | 95023-000 | SF | O | 728.05 | 79,444.04 | UCONV |

REDACTED

Seller's Initials: _____
Buyer's Initials: _____

0109

Part 1

Deal ID: O-10244-03

Exhibit 'A'

Asset/Loan Sale Agreement Between

[REDACTED] / Bayview Financial Trading Group, LP Dated 6/23/03

Friday, July 11, 2003 03:56 PM

Page 2

| Bayview Loan # | Seller Loan # | Borrower | Property Address | Property City | Prop State | Property Zip Code | Prop Type | Occ Type | P And I | UPB | Loan Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 263245 | 250210247 | F | | HOWARD BEACH | NY | 11414-000 | 24 | I | 2,936.70 | 418,100.33 | UCONV |
| 263249 | 250049845 | 1 | | ROSEDALE | NY | 11413-000 | SF | O | 1,676.48 | 254,335.02 | UCONV |
| 263250 | 250049826 | | | PATERSON | NJ | 07524 | SF | O | 862.91 | 117,118.56 | UCONV |
| 263252 | 250049662 | | REDACTED | JAMAICA | NY | 11435-000 | SF | O | 1,473.61 | 226,609.86 | UCONV |
| 263256 | 250049840 | | | JAMAICA | NY | 11433-000 | SF | O | 1,397.47 | 222,951.58 | UC |
| 263257 | 250049832 | | | NEWBURGH | NY | 12550-000 | 24 | I | 369.95 | 52,751.48 | UC |
| 263258 | 250049875 | | | ORANGE | NJ | 07050 | SF | O | 444.18 | 61,733.15 | UCONV |
| 263259 | 250049823 | | | BROOKLYN | NY | 11205 | 24 | O | 4,585.04 | 636,776.12 | UCONV |
| 263260 | 250049898 | | | BROOKLYN | NY | 11233 | 24 | O | 2,174.09 | 321,379.60 | UCONV |
| 263262 | 250210243 | | | BROOKLYN | NY | 11233-000 | 24 | I | 2,164.15 | 271,068.02 | UCONV |

Totals: 31

8,461,891.23

0110

Seller's Initials: _____

Buyer's Initials: _____

Part 2

Deal ID: O-10244-03

Exhibit ' A '

Asset/Loan Sale Agreement Between

/Bayview Financial Trading Group, LP Dated _____

Friday, July 11, 2003 03:56 PM

Page 1

| Bayview Loan # | Seller Loan # | Orig Date | Mat Date | Next Pay Date | PMI % | Loan Purp | Purchase Price | Lien Stat | Current Rate | Next Adj Date | Cut Off Date | Paid To Date | Maximum Rate | Periodic Cap | BK Status | BK Chapter | BK Filing | Orig Term | REO Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 263210 | 2500498247 | 11/30/02 | 12/01/32 | 08/01/03 | 0.00 | R | 100.000 | 1 | 7.500 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263211 | 2500498983 | 12/13/02 | 01/01/33 | 07/01/03 | 0.00 | P | 94.000 | 1 | 7.250 | 02/01/05 | 07/11/03 | 06/01/03 | 12.25 | 1.00 | No | | | 360 | |
| 263212 | 2500498469 | 02/20/03 | 03/01/33 | 08/01/03 | 0.00 | P | 94.000 | 1 | 7.375 | 04/01/05 | 07/11/03 | 07/01/03 | 12.38 | 1.00 | No | | | 360 | |
| 263213 | 2500498499 | 03/26/03 | 01/01/29 | 08/01/03 | 25.00 | P | 100.000 | 1 | 6.375 | 04/01/06 | 07/11/03 | 07/01/03 | 12.38 | 1.00 | No | | | 309 | |
| 263214 | 2500498479 | 02/04/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.875 | 03/01/05 | 07/11/03 | 07/01/03 | 12.88 | 1.00 | No | | | 360 | |
| 263215 | 2500498989 | 12/24/02 | 01/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.625 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263216 | 2500498454 | 02/14/03 | 03/01/33 | 07/01/03 | 0.00 | P | 90.000 | 1 | 8.250 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263217 | 2500402951 | 11/25/02 | 12/01/32 | 07/01/03 | 0.00 | P | 96.000 | 1 | 7.875 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263220 | 2502102504 | 01/16/03 | 02/01/33 | 07/01/03 | 0.00 | P | 88.000 | 1 | 9.000 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263223 | 2500498319 | 12/13/02 | 01/01/33 | 07/01/03 | 0.00 | P | 90.000 | 1 | 6.875 | 02/01/05 | 07/11/03 | 06/01/03 | 11.88 | 1.00 | No | | | 360 | |
| 263224 | 4160010101 | 08/22/02 | 09/01/32 | 08/01/03 | 0.00 | E | 90.000 | 1 | 8.750 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263228 | 2500498266 | 12/19/02 | 01/01/33 | 08/01/03 | 0.00 | P | 95.000 | 1 | 8.000 | 02/01/05 | 07/11/03 | 07/01/03 | 13.00 | 1.00 | No | | | 360 | |
| 263229 | 2500498459 | 02/28/03 | 03/01/33 | 07/01/03 | 0.00 | P | 91.000 | 1 | 8.000 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263230 | 2500498955 | 11/13/02 | 12/01/32 | 08/01/03 | 0.00 | P | 100.000 | 1 | 6.875 | 12/01/04 | 07/11/03 | 07/01/03 | 11.88 | 1.00 | No | | | 360 | |
| 263231 | 2500498633 | 02/28/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.000 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263232 | 2500498970 | 12/11/02 | 01/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.250 | 02/01/05 | 07/11/03 | 07/01/03 | 12.25 | 1.00 | No | | | 360 | |
| 263234 | 2500498279 | 12/13/02 | 01/01/33 | 07/01/03 | 0.00 | P | 90.000 | 1 | 8.000 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263238 | 2500498604 | 01/16/03 | 02/01/33 | 07/01/03 | 0.00 | P | 100.000 | 1 | 6.625 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263241 | 2502102486 | 12/31/02 | 01/01/33 | 08/01/03 | 0.00 | P | 90.000 | 1 | 9.250 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263242 | 2502102448 | 12/19/02 | 01/01/33 | 07/01/03 | 0.00 | E | 100.000 | 1 | 7.875 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263244 | 8111027850 | 11/01/02 | 12/01/17 | 07/01/03 | 0.00 | R | 100.000 | 1 | 7.000 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 180 | |
| 263245 | 2502102479 | 12/13/02 | 01/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.500 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263249 | 2500498453 | 01/28/03 | 02/01/33 | 07/01/03 | 0.00 | P | 100.000 | 1 | 6.875 | | 06/20/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263250 | 2500498263 | 11/25/02 | 12/01/32 | 07/01/03 | 0.00 | P | 93.000 | 1 | 8.000 | | 06/20/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |

0111

Seller's Initials: _____

Buyer's Initials: _____

Part 2                                                                Friday, July 11, 2003 03:56 PM                Page 2

Deal ID: O-10244-03

Exhibit 'A'.

OLYMPIA MTG   Asset/Loan Sale Agreement Between /Bayview Financial Trading Group, LP Dated 6/23/03

| Bayview Loan # | Seller Loan # | Orig Date | Mat Date | Next Pay Date | PMI % | Loan Purp | Purchase Price | Lien Stat | Current Rate | Next Adj Date | Cut Off Date | Paid To Date | Maximum Rate | Periodic Cap | BK Status | BK Chapter | BK Filing | Orig Term | REO Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 263252 | 2500498627 | 02/20/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 6.750 |  | 06/20/03 | 07/01/03 | 0.00 | 0.00 | No |  |  | 360 |  |
| 263256 | 2500498406 | 01/16/03 | 02/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 6.375 | 02/01/05 | 07/11/03 | 07/01/03 | 11.38 | 2.00 | No |  |  | 360 |  |
| 263257 | 2500498322 | 02/12/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.500 |  | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No |  |  | 360 |  |
| 263258 | 2500498752 | 11/14/02 | 12/01/32 | 07/01/03 | 0.00 | P | 100.000 | 1 | 7.750 |  | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No |  |  | 360 |  |
| 263259 | 2500498231 | 10/28/02 | 11/01/32 | 07/01/03 | 0.00 | P | 94.000 | 1 | 7.750 | 11/01/05 | 07/11/03 | 06/01/03 | 13.75 | 1.00 | No |  |  | 360 |  |
| 263260 | 2500498987 | 12/23/02 | 01/01/33 | 07/01/03 | 0.00 | P | 95.000 | 1 | 7.125 |  | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No |  |  | 360 |  |
| 263262 | 2502102436 | 11/08/02 | 12/01/17 | 07/01/03 | 0.00 | P | 100.000 | 1 | 8.875 |  | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No |  |  | 180 |  |

Totals Number Of Loan  31

0112

Seller's Initials: _____
Buyer's Initials: _____

Part 1                                                                    Friday, July 11, 2003 03:31 PM                              Page 1

Deal ID:  O-10244-03

Exhibit "A"

Asset/Loan Sale Agreement Between
Olympia WFG /Bayview Financial Trading Group, LP Dated  6/23/03

| Bayview Loan # | Seller Loan # | Borrower | Property Address | Property City | Prop Property Zip Code | Prop Type | Occ Type | P And I | UPB | Loan Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 263210 | 250049824 | REDACTED | | BROOKLYN | NY | 11207 | 24 | O | 1,676.11 | 238,729.62 | UCONV |
| 263211 | 250049898 | | | ROSEDALE | NY | 11413 | 24 | 1 | 2,701.42 | 394,436.63 | UCONV |
| 263212 | 250049846 | | | BROOKLYN | NY | 11207-000 | 24 | 1 | 2,182.53 | 315,029.31 | UCONV |
| 263213 | 250049849 | | | FAR ROCKAWAY | NY | 11691-000 | 24 | 1 | 2,049.41 | 327,473.16 | UCONV |
| 263214 | 250049847 | | | BROOKLYN | NY | 11234-000 | 24 | O | 2,207.28 | 334,860.88 | UC. |
| 263215 | 250049898 | | | JAMAICA | NY | 11438-000 | SF | O | 1,670.39 | 234,958.75 | UCunV |
| 263216 | 250049845 | | | PATERSON | NJ | 07501 | 24 | 1 | 991.67 | 131,745.75 | UCONV |
| 263217 | 250040295 | | | PATERSON | NY | 07502 | 24 | 1 | 1,096.30 | 150,565.37 | UCONV |
| 263220 | 250210250 | | | BROOKLYN | NY | 11237-000 | 24 | 1 | 3,121.94 | 387,142.66 | UCONV |
| 263223 | 250049831 | | | BROOKLYN | NY | 11226-000 | 24 | 1 | 3,310.92 | 501,858.49 | UCONV |
| 263224 | 416001010 | | | SARALAND | AL | 36571 | SF | 1 | 300.91 | 37,986.11 | UCONV |
| 263228 | 250049826 | | | BROOKLYN | NY | 11211 | 24 | 1 | 2,929.19 | 397,565.83 | UCONV |
| 263229 | 250049845 | REDACTED | | NEWARD | NY | 07103-000 | 24 | 1 | 1,085.97 | 147,700.10 | UCONV |
| 263230 | 250049895 | | | BROOKLYN | NY | 11207-000 | 24 | O | 1,886.70 | 285,481.71 | UC' |
| 263231 | 250049863 | | | WOODSIDE | NY | 11377-000 | 24 | O | 2,538.79 | 380,337.85 | UC |
| 263232 | 250049897 | | | CORONA | NY | 11368-000 | 24 | 1 | 2,455.83 | 358,289.36 | UCONV |
| 263234 | 250049827 | | | PATERSON | NJ | 07522-000 | SF | 1 | 792.47 | 107,632.79 | UCONV |
| 263238 | 250049860 | LODGE, MARY | 249 HALSEY STREET | BROOKLYN | NY | 11216-000 | 24 | O | 2,146.32 | 334,007.22 | UCONV |
| 263241 | 250210248 | | | NEW YORK | NY | 10032-000 | 24 | 1 | 3,619.77 | 438,604.74 | UCONV |
| 263242 | 250210244 | | | JAMAICA | NY | 11438-000 | 24 | O | 2,148.02 | 295,217.14 | UCONV |
| 263244 | 811102785 | | | HOLLISTER | CA | 95023-000 | SF | O | 728.05 | 79,444.04 | UCONV |

Seller's Initials: _____
Buyer's Initials: _____

0113

Part 1
Deal ID: O-10244-03

Friday, July 11, 2003 03:31 PM

Page 2

Exhibit A
Asset/Loan Sale Agreement Between
_____ / Bayview Financial Trading Group, LP Dated _6/23/0__

| Bayview Loan # | Seller Loan # | Borrower | Property Address | Property City | Prop | Property Zip Code | Prop Type | Occ Type | P And I | UPB | Loan Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 263245 | 250210247 | | | HOWARD BEACH | NY | 11414-000 | 24 | 1 | 2,936.70 | 418,100.33 | UCONV |
| 263249 | 250049845 | | | ROSEDALE | NY | 11413-000 | SF | O | 1,676.48 | 254,335.02 | UCONV |
| 263250 | 250049826 | | | PATERSON | NJ | 07524 | SF | O | 862.91 | 117,118.56 | UCONV |
| 263252 | 250049862 | | | JAMAICA | NY | 11435-000 | SF | O | 1,473.61 | 226,609.86 | UCONV |
| 263256 | 250049840 | | | JAMAICA | NY | 11433-000 | SF | O | 1,397.47 | 223,163.48 | UC |
| 263257 | 250049832 | | | NEWBURGH | NY | 12550-000 | 24 | 1 | 369.95 | 52,791.48 | UCunv |
| 263258 | 250049875 | | | ORANGE | NJ | 07050 | SF | O | 444.18 | 61,733.15 | UCONV |
| 263259 | 250049823 | | | BROOKLYN | NY | 11205 | 24 | O | 4,585.04 | 637,245.62 | UCONV |
| 263260 | 250049898 | | | BROOKLYN | NY | 11233 | 24 | O | 2,174.09 | 321,379.60 | UCONV |
| 263262 | 250210243 | | | BROOKLYN | NY | 11233-000 | 24 | 1 | 2,164.15 | 271,226.23 | UCONV |

Totals: 31

8,462,770.84

REDACTED

REDACTED

0114

Seller's Initials: _____
Buyer's Initials: _____

Part 2                                                                                                    Friday, July 11, 2003 03:31 PM        Page 1
Deal ID:  O-10244-03

Exhibit _A_
Asset/Loan Sale Agreement Between
_Olympia_ _MTG_ /Bayview Financial Trading Group, LP Dated _6/23/03_

| Bayview Loan # | Seller Loan # | Orig Date | Mat Date | Next Pay Date | PMI % | Loan Purp | Purchase Price | Lien Stat | Current Rate | Next Adj Date | Cut Off Date | Paid To Date | Maximum Rate | Periodic Cap | BK Status | BK Chapter | BK Filing | Orig Term | REO Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 263210 | 2500498247 | 11/30/02 | 12/01/32 | 08/01/03 | 0.00 | R | 100.000 | 1 | 7.500 |          | 07/11/03 | 07/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263211 | 2500498983 | 12/13/02 | 01/01/33 | 07/01/03 | 0.00 | P | 94.000  | 1 | 7.250 | 02/01/05 | 07/11/03 | 06/01/03 | 12.25 | 1.00 | No |  |  | 360 |  |
| 263212 | 2500498469 | 02/20/03 | 03/01/33 | 08/01/03 | 0.00 | P | 94.000  | 1 | 7.375 | 04/01/05 | 07/11/03 | 07/01/03 | 12.38 | 1.00 | No |  |  | 360 |  |
| 263213 | 2500498499 | 03/26/03 | 01/01/29 | 08/01/03 | 25.00 | P | 100.000 | 1 | 6.375 | 04/01/06 | 07/11/03 | 07/01/03 | 12.38 | 1.00 | No |  |  | 309 |  |
| 263214 | 2500498479 | 02/04/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.875 | 03/01/05 | 07/11/03 | 07/01/03 | 12.88 | 1.00 | No |  |  | 360 |  |
| 263215 | 2500498989 | 12/24/02 | 01/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.625 |          | 07/11/03 | 07/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263216 | 2500498454 | 02/14/03 | 03/01/33 | 07/01/03 | 0.00 | P | 90.000  | 1 | 8.250 |          | 07/11/03 | 06/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263217 | 2500402951 | 11/25/02 | 12/01/32 | 07/01/03 | 0.00 | P | 96.000  | 1 | 7.875 |          | 07/11/03 | 06/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263220 | 2502102504 | 01/16/03 | 02/01/33 | 07/01/03 | 0.00 | P | 88.000  | 1 | 9.000 |          | 07/11/03 | 06/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263223 | 2500498319 | 12/13/02 | 01/01/33 | 07/01/03 | 0.00 | P | 90.000  | 1 | 6.875 | 02/01/05 | 07/11/03 | 06/01/03 | 11.88 | 1.00 | No |  |  | 360 |  |
| 263224 | 4160010101 | 08/22/02 | 09/01/32 | 08/01/03 | 0.00 | E | 90.000  | 1 | 8.750 |          | 07/11/03 | 07/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263228 | 2500498266 | 12/19/02 | 01/01/33 | 08/01/03 | 0.00 | P | 95.000  | 1 | 8.000 | 02/01/05 | 07/11/03 | 06/01/03 | 13.00 | 1.00 | No |  |  | 360 |  |
| 263229 | 2500498459 | 02/28/03 | 03/01/33 | 07/01/03 | 0.00 | P | 91.000  | 1 | 8.000 |          | 07/11/03 | 06/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263230 | 2500498955 | 11/13/02 | 12/01/32 | 08/01/03 | 0.00 | P | 100.000 | 1 | 6.875 | 12/01/04 | 07/11/03 | 07/01/03 | 11.88 | 1.00 | No |  |  | 360 |  |
| 263231 | 2500498633 | 02/28/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.000 |          | 07/11/03 | 07/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263232 | 2500498970 | 12/11/02 | 01/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.250 | 02/01/05 | 07/11/03 | 07/01/03 | 12.25 | 1.00 | No |  |  | 360 |  |
| 263234 | 2500498279 | 12/13/02 | 01/01/33 | 07/01/03 | 0.00 | P | 90.000  | 1 | 8.000 |          | 07/11/03 | 08/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263238 | 2500498504 | 01/16/03 | 02/01/33 | 07/01/03 | 0.00 | P | 100.000 | 1 | 6.625 |          | 07/11/03 | 06/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263241 | 2502102466 | 12/31/02 | 01/01/33 | 08/01/03 | 0.00 | P | 90.000  | 1 | 9.250 |          | 07/11/03 | 07/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263242 | 2502102448 | 12/19/02 | 01/01/33 | 07/01/03 | 0.00 | E | 100.000 | 1 | 7.875 |          | 07/11/03 | 06/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263244 | 8111027850 | 11/01/02 | 12/01/17 | 07/01/03 | 0.00 | R | 100.000 | 1 | 7.000 |          | 07/11/03 | 06/01/03 | 0.00  | 0.00 | No |  |  | 180 |  |
| 263245 | 2502102479 | 12/13/02 | 01/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.500 |          | 07/11/03 | 07/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263249 | 2500498453 | 01/28/03 | 02/01/33 | 07/01/03 | 0.00 | P | 100.000 | 1 | 6.875 |          | 06/20/03 | 06/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |
| 263250 | 2500498263 | 11/25/02 | 12/01/32 | 07/01/03 | 0.00 | P | 93.000  | 1 | 8.000 |          | 06/20/03 | 06/01/03 | 0.00  | 0.00 | No |  |  | 360 |  |

0115

Seller's Initials: _____
Buyer's Initials: _____

Part 2

Deal ID: O-10244-03

Friday, July 11, 2003 03:31 PM

Page 2

Exhibit A

O-10244-03  mes

Asset/Loan Sale Agreement Between

Bayview Financial Trading Group, LP Dated 6/23/03

| Bayview Loan # | Seller Loan # | Orig Date | Mat Date | Next Pay Date | PMI % | Loan Purp | Purchase Price | Lien Stat | Current Rate | Next Adj Date | Cut Off Date | Paid To Date | Maximum Rate | Periodic Cap | BK Status | BK Chapter | BK Filing | Orig Term | REO Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 263252 | 2500498627 | 02/20/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 6.750 | | 06/20/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263256 | 2500498406 | 01/16/03 | 02/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 6.375 | 02/01/05 | 07/11/03 | 07/01/03 | 11.38 | 2.00 | No | | | 360 | |
| 263257 | 2500498322 | 02/12/03 | 03/01/33 | 08/01/03 | 0.00 | P | 100.000 | 1 | 7.500 | | 07/11/03 | 07/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263258 | 2500498752 | 11/14/02 | 12/01/32 | 07/01/03 | 0.00 | P | 100.000 | 1 | 7.750 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263259 | 2500498231 | 10/28/02 | 11/01/32 | 07/01/03 | 0.00 | P | 94.000 | 1 | 7.750 | 11/01/05 | 07/11/03 | 06/01/03 | 13.75 | 1.00 | No | | | 360 | |
| 263260 | 2500498987 | 12/23/02 | 01/01/33 | 07/01/03 | 0.00 | P | 95.000 | 1 | 7.125 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 360 | |
| 263262 | 2502102436 | 11/08/02 | 12/01/17 | 07/01/03 | 0.00 | P | 100.000 | 1 | 8.875 | | 07/11/03 | 06/01/03 | 0.00 | 0.00 | No | | | 180 | |

Totals Number Of Loan  31

0116

Seller's Initials: _____

Buyer's Initials: _____