```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANDRA C. BARKLEY,
                        Plaintiff,
            -against-                           04 CV 875 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                        Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
MARY LODGE,
                        Plaintiff,
            -against-                           05 CV 187 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                        Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
DEWITT MATHIS,
                        Plaintiff,
            -against-                           05 CV 4386 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                        Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
RODNEY GIBBONS & SYLVIA GIBBONS,
                        Plaintiffs,
            -against-                           05 CV 5302 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                        Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
MILES MCDALE & LISA MCDALE,
                        Plaintiffs,
            -against-                           05 CV 5362 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                        Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
CHARLENE WASHINGTON,
                        Plaintiff,
            -against-                           05 CV 5679 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                        Defendants.
-----------------------------------------------------------X
```

Plaintiffs respectfully submit the following list of persons, corporations, places and terms.

**PERSONS (including attorneys)**

*Attorneys:*
South Brooklyn Legal Services
AARP Foundation Litigation
Cowan, Liebowitz & Latman, P.C.
Crowell & Moring LLP
Gordon & Gordon, P.C.
Naidich Wurman Birnbaum & Maday, LLP
Rosenberg & Estis, P.C.
Meghan Faux, Esq.
Sara Manaugh, Esq.
Rachel Geballe, Esq.
Jennifer Light, Esq.
Pavita Krishnaswamy, Esq.
John C. Gray, Esq.
Jean Constantine-Davis, Esq.
J. Christopher Jensen, Esq.
Peter S. Thomas, Esq.
Richard S. Naidich, Esq.
Robert P. Johnson, Esq.
Peter S. Gordon, Esq.
Timothy J. Fierst, Esq.
Jamie C. Krapf, Esq.
Eric J. Grannis, Esq.

*Plaintiffs:*
Sandra Barkley
Rodney Gibbons
Sylvia Gibbons
Mary Lodge
Dewitt Mathis
Miles McDale
Lisa McDale
Charlene Washington

*Experts:*
Alan Blass
Andrew Beveridge
James Brown
Sirivishnu Khalsa
Marsha J. Courchane
Charlton McIlwain
Dominick Pompeo

Joseph Polizzi

*Defendants (on witness lists):*
Yaron Hershco
Benjamin Turner
Michael Cheatham
Marios Sfantos
Michael Gilbert
Thomas Messina

*Other Defendants:*
Joseph D. Gaeta
Raj Maddiwar
Michael Masciale

*Other Witnesses:*
Edmund Israel
David Unger
Barry Braxton
Odyxa Bermudez
Joseph D. Polizzi
Boaz Smolarchik
Karen Balmer
Patricia Trinidad
Roseanne Sillechia
Jack Silver

*Additional Names:*
Paul Amit
Lawrence "Larry" Andelsman
Barry Braxton
Donna Kianka
Benzion Frankel
John Murphy
Eli Hershco
Elie Pierre-Louis
Micha "Mike" Reznik
Yariv "Jerry" Reznik
Karen Rodgers
Rubin & Licatesi
Certilman Balin
Louis Ruggiero
Chris Webb
Robert Wright
Or Zohar
Ofer Prager

Shaun Caesar
Robert Cadoch
Tony Rivera
Sherri Panchem
Barry White
Lieb Pinter
Barry Goldstein
Philicia Lloyd
Julieann Ferrigno
Keith Colaciello
A. Kalam
David Nesbitt
Crystal Hanes
Keith Bryan
Stanley Walcot
Bobby Campbell
Karen Jenkins
Jessie Jenkins
Leroy Mathis
Fritzgerald Kebreau
Greg Trotman
Pharan Hudson
Emile Hanna
Shanay Fulton
LuQuaan Taylor
Lady-Mie McDale

**CORPORATIONS**

*Corporate Defendants:*
United Homes LLC
United Property Group LLC
Galit Network LLC
Alliance Mortgage Banking Corporation
Alliance Mortgage Company
Everhome Mortgage Company
Olympia Mortgage Corporation
Credit Suisse First Boston LLC
Credit Suisse First Boston Mortgage Securities, Inc.
DLJ Mortgage Capital LLC
JP Morgan Chase Bank
Federal National Mortgage Association
Wachovia Bank, N.A.
Wilshire Credit Corporation
U.S. Bank, N.A.
Bayview Loan Servicing, LLC

Bayview Asset Management, LLC

*Other Corporations:*
Autumn Equities, LLC
Boardwalk Management, LLC
Brookfield Properties, LLC
Galit Construction Corp.
Galit Properties, Inc.
GDY Properties, Inc.
KJ Development, LLC
Lewmay by the Sea, LLC
Monroe Funding, LLC
Oceanview Estates, LLC
Ramon Building and Construction Corp.
Seagirt Development, LLC
Shy Group, LLC
Slope West LLC
Springfield Estates, LLC
The Ocean Promenade LLC
United Homes of New Jersey, Inc.
United Homes of North Florida, Inc.
United Homes of New York
Winchester Realty Group LLC
YEB Holding Corp.
YH Properties LLC
G & I Development
B & D Development
AP Development Corp. LLC
Galit Development Corp.
Galit Realty Group, Inc.
Bayview Financial Trading Group, LP
Bayview Financial Securities Company LLC
Bayview Financial LP
Bayview Financial Property Trust
Bayview Financial Property Trust II
Verrazano Title Company
All State Abstract Company
Lotus Construction
Sears Home Improvement
Miguel Loja Construction
Miguel Construction
AARRIS Architects
City Development
Ace Home Inspection
O.P.R.A.Y. Construction
Awning, Fence & Doors

Ikey Construction
American Inspection Company, Inc.
Gateway Mortgage
B & P Chimney Cleaning and Repair Co., Inc.
AARP

**INSTITUTIONS**
NYC Department of Buildings (DOB)
NYC Department of Housing Preservation & Development (HPD)
NYC Department of Finance
NYC Department of Environmental Protection (DEP)
NYC Environmental Control Board (ECB)
United States Department of Housing and Urban Development (HUD)

**PLACES**
557 Hancock Street, Brooklyn, New York
249 Halsey Street, Brooklyn, New York
1148 Halsey Street, Brooklyn, New York
21 Marconi Place, Brooklyn, New York
2126 Union Street, Brooklyn, New York
2422 Dean Street, Brooklyn, New York
87-20 139th Street, Briarwood, New York
32 Fourth Avenue, Brooklyn, New York
East New York, Brooklyn, New York
Brownsville, Brooklyn, New York
Bedford-Stuyvesant, Brooklyn, New York
Ocean Hill, Brooklyn, New York
Valley Stream, New York

**SCIENTIFIC, TECHNICAL or COLLOQUIAL TERMS**
Property-flipping
Reverse redlining
FHA Insurance
No Income No Asset Loan (NINA loan)
Low-documentation (low-doc) mortgage loan
No-documentation (no-doc) mortgage loan
Piggyback mortgage loan
First-lien/second-lien mortgage
Securitization
Secondary market
HUD-1/Settlement Statement
Nehemiah grant
Seller's concession
Uniform Standards of Professional Appraisal Practice (USPAP)
Broker Price Opinion (BPO)
"80/20" loan

"85/15" loan

Dated:  April 4, 2011
          Brooklyn, New York

                                            Respectfully submitted,

                                            /s/ *Meghan Faux*
                                            _____
                                            MEGHAN FAUX
                                            RACHEL GEBALLE
                                            PAVITA KRISHNASWAMY
                                            JENNIFER LIGHT
                                            SARA MANAUGH
                                            South Brooklyn Legal Services
                                            Foreclosure Prevention Project
                                            105 Court Street, 3rd Floor
                                            Brooklyn, New York 11201
                                            (718) 237-5500
                                            mfaux@sbls.org

                                            JEAN CONSTANTINE-DAVIS
                                            AARP Foundation Litigation
                                            601 E Street NW
                                            Washington, D.C. 20049
                                            (202) 434-2058
                                            JCDavis@aarp.org

                                            J. CHRISTOPHER JENSEN
                                            Cowan, Liebowitz & Latman, P.C.
                                            1133 Avenue of the Americas
                                            New York, NY 10036-6799
                                            (212) 790-9204
                                            jcj@cll.com

                                            *Attorneys for Plaintiffs*