UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARY LODGE,

                Plaintiff,

v.

UNITED HOMES, LLC, UNITED PROPERTY GROUP, LLC, YARON HERSHCO, GALIT NETWORK, LLC, OLYMPIA MORTGAGE CORP., BAYVIEW LOAN SERVICING, LLC, BAYVIEW ASSET MANAGEMENT, LLC, U.S. BANK, N.A. AS TRUSTEE FOR BAYVIEW ASSET-BACKED SECURITIES TRUST SERIES 2007-30, BAYVIEW FINANCIAL, L.P., AND BAYVIEW FINANCIAL MANAGEMENT CORP.

                Defendants.

No. CV-05-0187

**OLYMPIA'S ANSWER TO THE THIRD AMENDED COMPLAINT**

      Defendant Olympia Mortgage Corporation ("Olympia"), for its Answer to the Third Amended Complaint (the "Complaint") states the following:

      The allegations concerning Olympia in Plaintiffs' Third Amended Complaint are identical to those contained in Plaintiffs' First Amended Complaint. Accordingly, Olympia respectfully refers the Court to Olympia's First Amended Answer for its responses to those allegations.

- 2 -

Dated: New York, New York
       April 13, 2011

                                        LAW OFFICES OF ERIC J. GRANNIS

By: _/s/ Eric J. Grannis_____
     Eric J. Grannis (EG 8403)
     620 Fifth Avenue
     New York, New York 10020
     (212) 903-1025

Attorneys for Defendant Olympia Mortgage Corporation