

**VIA ECF**

April 29, 2011

Hon. Kiyo A. Matsumoto
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Sandra Barkley v. United Homes, LLC, et al.*, CV-04-0875 (KAM)(RLM)
     *Mary Lodge v. United Homes, LLC, et al.*, CV-05-0187 (KAM)(RLM)
     *R. & S. Gibbons v. United Homes, LLC, et al.*, CV-05-5302 (KAM)(RLM)
     *Dewitt Mathis v. United Homes, LLC, et al.*, CV-05-4386 (KAM)(RLM)
     *Miles and Lisa McDale v. United Homes, LLC, et al.*, CV-05-5362 (KAM)(RLM)
     *Charlene Washington v. United Homes, LLC, et al.*, CV-05-5679 (KAM)(RLM)

Dear Judge Matsumoto:

     This office, along with AARP Foundation Litigation and Cowan Liebowitz & Latman, P.C., represents the plaintiffs in the above-referenced consolidated actions.  In order to facilitate the presentation of plaintiffs' damages calculations at the close of our case in chief, we write to request the Court's leave to call a paralegal from South Brooklyn Legal Services to present this evidence.  The witness will summarize and present a total dollar amount of the actual damages sustained by each plaintiff.  All of the numbers underlying the calculations will be based upon designated exhibits and/or testimony previously presented at trial.  Plaintiffs anticipate that the presentation of this evidence will require no more than an hour, exclusive of cross-examination and redirect.

**South Brooklyn Legal Services**
105 Court Street, 3rd Floor   Brooklyn, NY 11201
Phone: 718-237-5500    Fax: 718-855-0733    www.sbls.org
**John C. Gray**, Project Director

**Towards justice and dignity for all – Por la Justicia y Dignidad de Todos**



Hon. Kiyo A. Matsumoto
April 29, 2011
Page 2

      Plaintiffs are available to discuss this matter should Your Honor so require.  We appreciate the Court's consideration of this request.

                                              Respectfully submitted,

                                              Sara Manaugh