

**AARP FOUNDATION**

AARP Foundation Litigation
601 E Street, NW
Washington, DC 20049
T   202-434-2060
F   202-434-6424
www.aarp.org/litigation

May 3, 2011

*VIA ECF*

Hon. Kiyo Matsumoto
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Sandra Barkley v. United Homes, LLC, et al.*, CV-04-0875 (KAM)(RLM)
             *Mary Lodge v. United Homes, LLC, et al.*, CV-05-0187 (KAM)(RLM)
             *R. & S. Gibbons v. United Homes, LLC, et al.*, CV-05-5302 (KAM)(RLM)
             *Dewitt Mathis v. United Homes, LLC, et al.*, CV-05-4386 (KAM)(RLM)
             *Miles and Lisa McDale v. United Homes, LLC, et al.*, CV-05-5362 (KAM)(RLM)
             *Charlene Washington v. United Homes, LLC, et al.*, CV-05-5679 (KAM)(RLM)

Dear Judge Matsumoto:

    This office, along with South Brooklyn Legal Services and Cowan Liebowitz & Latman, P.C., represents the plaintiffs in the above-referenced consolidated actions. We write in response to the Court's Order of May 2, 2011 regarding Nina Simon's letter filed the same day requesting leave to withdraw.

    Counsel for plaintiffs discussed Ms. Simon's request with each of the plaintiffs. Each has consented to her withdrawal as counsel.

                                               Respectfully submitted,

                                               Jean Constantine-Davis

HEALTH / FINANCES / CONNECTING / GIVING / ENJOYING        Jo Ann C. Jenkins, President