# LAW OFFICES OF ERIC J. GRANNIS

Rockefeller Center • 620 Fifth Avenue • New York, New York 10020
Phone: (212) 903-1025 • Fax: (212) 208-4597 • www.grannislaw.com

**Eric J. Grannis**
Phone: (212) 903-1025
Fax: (212) 208-4597
egrannis@grannislaw.com

May 3, 2011

<u>VIA ECF</u>

Honorable Kiyo A. Matsumoto
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Barkley v. Olympia Mortgage Corp., et al., No. 04-CV-875 (KAM) (RLM)
     Lodge v. United Homes, LLC, et al., No. 05-CV-187 (KAM) (RLM)
     Gibbons v. United Homes, LLC, et al., No. 05-CV-5302 (KAM) (RLM)

Your Honor:

  I represent Defendant Olympia Mortgage Corporation ("Olympia").

  On April 15, the Plaintiffs submitted a status report to the Court regarding various matters including the parties' discussions of jury instructions and the verdict sheet. The Plaintiffs noted that they had been unable to get in touch with me. The reason Plaintiffs were unable to reach me was that I was in the hospital.

  I'm writing simply to confirm that I have no submission to make on the topic of jury instructions or the verdict sheet except to note that Olympia joins in the submissions already made by the United Homes Defendants.

  Please excuse my belated submission.

              Respectfully Submitted,

              */s/ Eric Grannis*

              Eric Grannis

Copy:  All counsel (via ECF)