**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------X

SANDRA BARKLEY,

                            Plaintiff,            04 CV 875 (RJD)(KAM)

-against-

UNITED HOMES, LLC, et al.,

                           Defendants.

----------------------------------------------------X

                                     05 CV 187 (RJD)(KAM)
                                   05 CV 4386 (RJD)(KAM)
AND CONSOLIDATED ACTIONS       05 CV 5302 (RJD)(KAM)
                                   05 CV 5362 (RJD)(KAM)
                                   05 CV 5679 (RJD)(KAM)

----------------------------------------------------X

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned will now appear for South Brooklyn Legal Services along with AARP Foundation Litigation as counsel for plaintiffs in the above-captioned consolidated actions.

Dated: Brooklyn, New York
       May 4, 2011

                              SOUTH BROOKLYN LEGAL SERVICES

                              By: _/s/_____
                              Pavita Krishnaswamy (PK1670)
                              105 Court Street, 3rd Floor
                              Brooklyn, NY 11201
                              (718) 246-3269
                              pkrishnaswamy@sbls.org