

DOCKET & FILE

May 2, 2011

Hon. Kiyo Matsumoto
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Sandra Barkley v. United Homes, LLC, et al., CV-04-0875 (KAM)(RLM)
      Mary Lodge v. United Homes, LLC, et al., CV-05-0187 (KAM)(RLM)
      R. & S. Gibbons v. United Homes, LLC, et al., CV-05-5302 (KAM)(RLM)
      Dewitt Mathis v. United Homes, LLC, et al., CV-05-4386 (KAM)(RLM)
      Miles and Lisa McDale v. United Homes, LLC, et al., CV-05-5362 (KAM)(RLM)
      Charlene Washington v. United Homes, LLC, et al., CV-05-5679 (KAM)(RLM)

Dear Judge Matsumoto:

While I was employed at AARP Foundation, I was one of several attorneys who represented the plaintiffs in the above-referenced actions. I write to request a pre-motion conference to file a motion to withdraw as counsel, or in the alternative, permission to withdraw as counsel without a formal motion, pursuant to this letter.

Approximately two years ago, I left my employment at AARP Foundation. At that time, I entered a change of address in the Court's docket with the expectation that I would continue to work on these cases. However, my new job responsibilities have prevented my continued participation in these cases and the Center never entered into a retainer agreement with the plaintiffs in these cases. As the Court is aware, plaintiffs are represented by South Brooklyn Legal Services, AARP Foundation, and by Cowan Liebowitz & Latman, P.C. In light of this, and because the trial of these cases is scheduled to commence on May 9, 2011, I respectfully request leave of the Court to withdraw as counsel for the plaintiffs or in the alternative for a pre-motion conference to file a motion to withdraw as counsel.

Respectfully submitted,

/s/

Nina F. Simon
Director of Litigation
Center for Responsible Lending

*[Handwritten annotation:] The application to withdraw as counsel is granted.*

s/KAM
So Ordered:
Kiyo A. Matsumoto
U.S. District Judge

910 17th Street NW, Suite 500, Washington DC 20006 • Phone 202.349.1850 • Fax 202.289.9009

www.responsiblelending.org