UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANDRA C. BARKLEY,
                Plaintiff,
      -against-                      04 CV 875 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
MARY LODGE,
                Plaintiff,
      -against-                      05 CV 187 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
DEWITT MATHIS,
                Plaintiff,
      -against-                      05 CV 4386 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
RODNEY GIBBONS & SYLVIA GIBBONS,
                Plaintiffs,
      -against-                      05 CV 5302 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
MILES MCDALE & LISA MCDALE,
                Plaintiffs,
      -against-                      05 CV 5362 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                Defendants.
-----------------------------------------------------------X
-----------------------------------------------------------X
CHARLENE WASHINGTON,
                Plaintiff,
      -against-                      05 CV 5679 (KAM) (RLM)

UNITED HOMES, LLC, et al.,
                Defendants.
-----------------------------------------------------------X

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Sara Manaugh, the exhibits appended thereto, and all the pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable District Judge Kiyo A. Matsumoto, at the United States Courthouse for the Eastern District of New York at 225 Cadman Plaza East, Brooklyn, New York 11201, on May 11, 2011 at 9:00 a.m., or such other day and time as the Court shall direct, for leave to read into the record at the trial of the above-captioned matters certain identified portions of the deposition testimony of Edmond Israel, on the ground that Mr. Israel is an unavailable witness pursuant to Federal Rule of Civil Procedure 32(a)(4)(D).

Dated:  May 10, 2011
        Brooklyn, New York

Respectfully submitted,

MEGHAN FAUX
SARA MANAUGH
JENNIFER LIGHT
PAVITA KRISHNASWAMY
RACHEL GEBALLE
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, New York 11201
(718) 237-5500
mfaux@sbls.org

JEAN CONSTANTINE-DAVIS
AARP Foundation Litigation
601 E Street NW
Washington, D.C. 20049
 (202) 434-2058
JCDavis@aarp.org

J. CHRISTOPHER JENSEN
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, N.Y. 10036-6799
(212) 790-9204
jcj@cll.com

*Attorneys for Plaintiff*