UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

SANDRA BARKLEY,                                        File No. 875/04

                    Plaintiff,

                                                       AFFIDAVIT OF
                                                       ATTEMPTED SERVICE

          -against-

OLYMPIA MORTGAGE CORPORATION, et al

                    Defendant.
------------------------------------------------------------------------X

State of New York County of Kings ss:

    RICHARD DOMBAKLY, being duly sworn deposes and says: that the deponent is
not a party to this action and is 18years of age.

    I had been requested by BROOKLYN LEGAL SERVICES, Attorneys for the
Plaintiff to serve the within SUBPOENA TO APPEAR & TESTIFY at a Hearing or
Trial in a Civil Action, pursuant to the CPLR upon EDMOND ISRAEL at 4505
Avenue M, Brooklyn, New York 11214.

    On April 22, 2011 @ 2:45pm, I attempted to serve the Respondent at the above
address. I was told by Ms. Desouza, the ex-wife of the Respondent who told me that
she does not know where the Respondent resides.

    At the attorney's request, April 25, 2011 @ 8:45pm, I attempted to serve the
Respondent at 1453 East 94th Street, Brooklyn, New York, and the Respondent is also
not known as per "Jane Doe, the occupant on the 1st and "John Doe" on the 2nd floor,
both refused to identify themselves.

    I was unable to obtain any further information regarding this Respondent.

Sworn to before me this
10th day of May, 2011

SARA R. BAER                                           License # 0849965
Notary Public/State of New York
No. 01BA6145029
Qualified in Kings County
Commission Expires May 1, 2014