04-cv 875
**COURT EXHIBIT**

8

### SPECIAL VERDICT FORM
### SANDRA BARKLEY'S CLAIMS

**Unfair and Deceptive Practices**

1. Do you find by a preponderance of the evidence that the statements or actions of one or more of the Defendants induced Sandra Barkley to enter into a home purchase and financing transaction by misrepresenting the value of the property, the condition of the property and/or the terms and affordability of her mortgages?

   | | | |
   |---|---|---|
   | Yaron Hershco | Yes X | No ___ |
   | United Homes, LLC | Yes X | No ___ |
   | United Property Group, LLC | Yes X | No ___ |
   | Galit Network, LLC | Yes X | No ___ |
   | Olympia Mortgage | Yes X | No ___ |
   | Ben Turner | Yes _x_ | |

2. If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mrs. Barkley for the Defendants' conduct.

   $ 1000 __ in damages to Mrs. Barkley

3. For each Defendant listed below, answer whether the Defendant knowingly and willfully misled or deceived Mrs. Barkley?

   | | | |
   |---|---|---|
   | Yaron Hershco | Yes X | No ___ |
   | United Homes, LLC | Yes X | No ___ |
   | United Property Group, LLC | Yes X | No ___ |
   | Galit Network, LLC | Yes X | No ___ |
   | Olympia Mortgage | Yes X | No ___ |
   | Ben Turner | Yes _x_ | |

4. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages, not to exceed $1000, that you find that Defendant is responsible for:

   $ 1000 __ punitive damages from Mr. Hershco

   $ 1000 __ punitive damages from United Homes, LLC

   $ 1000 __ punitive damages from United Property Group, LLC

   $ 1000 __ punitive damages from Galit Network, LLC

$ 1000 __ punitive damages from Olympia Mortgage

$ 1000 __ punitive damages from Ben Turner

**Fraud**

5.  Do you find by clear and convincing evidence that one or more of the Defendants induced Mrs. Barkley to enter into a home purchase and financing transaction by misrepresenting or failing to state material facts about the value of the property, the condition of the property, and/or the terms and affordability of the mortgages?

| | | |
|---|---|---|
| Hershco or one of his employees or agents: | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |
| United Property Group, LLC | Yes X | No ___ |
| Galit Network, LLC | Yes X | No ___ |
| Olympia Mortgage | Yes x | No ___ |
| Ben Turner | Yes x | |

6.  If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mrs. Barkley for the Defendants' conduct.

$ 45000 in damages to Mrs. Barkley

**Conspiracy to Defraud**

7.  Do you find that any of the Defendants conspired with one or more of the other Defendants to misrepresent or to fail to disclose material facts to Mrs. Barkley about the value of the property, the condition of the property, or the terms and affordability of her mortgages in order to induce her to purchase and finance her property?

| | | |
|---|---|---|
| Hershco or one of his employees or agents: | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |
| United Property Group, LLC | Yes X | No ___ |
| Galit Network, LLC | Yes X | No ___ |
| Olympia Mortgage | Yes x | No ___ |
| Ben Turner | Yes x | |

8.  If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mrs. Barkley for the Defendants' conduct.

2

$ 45000 in damages to Mrs. Barkley

**Punitive Damages – Fraud**

9.  For each Defendant listed below, answer whether the Defendant's conduct was repugnant and involved a high degree of moral culpability.

| | | |
|---|---|---|
| Yaron Hershco | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |
| United Property Group, LLC | Yes X | No ___ |
| Galit Network, LLC | Yes X | No ___ |
| Olympia Mortgage | Yes X | No ___ |
| Ben Turner | Yes _x_ | |

10. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$ 25000 punitive damages from Mr. Hershco

$ 5000 punitive damages from United Homes, LLC

$ 5000 punitive damages from United Property Group, LLC

$ 5000 punitive damages from Galit Network, LLC

$ 10000 punitive damages from Olympia Mortgage

$ 10000 punitive damages from Ben Turner

-------------------------------------------------------------------------------

**Discrimination Claims**

11. A.   Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Sandra Barkley by targeting her for the sale and financing of her home on grossly unfavorable terms at least in part because of her race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No X |
| United Homes, LLC | Yes ___ | No X |
| United Property Group, LLC | Yes ___ | No X |
| Galit Network, LLC | Yes ___ | No X |

Olympia Mortgage          Yes ___      No _X_
Ben Turner                Yes _x_

B. Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Sandra Barkley in her home purchase and financing transactions at least in part because of her race?

Yaron Hershco                  Yes ___      No _X_
United Homes, LLC              Yes ___      No _X_
United Property Group, LLC     Yes ___      No _X_
Galit Network, LLC             Yes ___      No _X_
Olympia Mortgage               Yes ___      No _X_
Ben Turner                     Yes _x_

C. Do you find by a preponderance of the evidence that any of the Defendants conspired with one or more of the other Defendants to discriminate against Mrs. Barkley in her home purchase and financing transactions at least in part because of her race?

Yaron Hershco                  Yes ___      No _X_
United Homes, LLC              Yes ___      No _X_
United Property Group, LLC     Yes ___      No _X_
Galit Network, LLC             Yes ___      No _X_
Olympia Mortgage               Yes ___      No _X_
Ben Turner                     Yes _x_

12. If you answered "Yes" to any part of A, B, or C above, set forth the amount you find would fully compensate Mrs. Barkley for the Defendants' conduct.

$ ___0___ compensatory damages to Sandra Barkley

13. For each Defendant listed below, answer whether the Defendant acted intentionally, willfully or with reckless disregard for Mrs. Barkley's civil rights?

Yaron Hershco                  Yes ___      No _X_
United Homes, LLC              Yes ___      No _X_
United Property Group, LLC     Yes ___      No _X_
Galit Network, LLC             Yes ___      No _X_
Olympia Mortgage               Yes ___      No _X_
Ben Turner                     Yes _x_

4

14. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$ _00_ punitive damages from Mr. Hershco

$ _00_ punitive damages from United Homes, LLC

$ _00_ punitive damages from United Property Group, LLC

$ _00_ punitive damages from Galit Network, LLC

$ _00_ punitive damages from Olympia Mortgage

$ _00_ punitive damages from Ben Turner


**Piercing the Corporate Veil**


15. (A) Do you find that Mr. Hershco exercised complete control over United Homes, LLC, United Property Group, LLC and/or Galit Network, LLC in connection with the home sold to Sandra Barkley?

        Yes _X_        No_____

(B) If you answered "Yes" to the question above, answer the following ~~two~~ one questions:

        (i)     Do you find that Mr. Hershco, through his domination of the companies, committed fraud or some other wrong against Mrs. Barkley?

        Yes _X_     No _____


--------------------------------------------------------------------------------
**Liability of Corporate Officer**

16. Do you find that Yaron Hershco, as a corporate officer of United Homes, LLC, United Property Group, LLC and Galit Network, LLC participated in wrongful conduct or knowingly approved the conduct?

        Yes _X_            No_____

--------------------------------------------------------------------------------

**PLEASE REVIEW THIS FORM AND MAKE SURE YOU HAVE ANSWERED ALL QUESTIONS.**

*Elizabeth Hemmen*
Jury Foreperson

Date: 6 / 1 / 11

6

## SPECIAL VERDICT FORM
## RODNEY AND SYLVIA GIBBONS'S CLAIMS

**Unfair and Deceptive Practices**

1.  Do you find by a preponderance of the evidence that the statements or actions of one or more of the Defendants induced Rodney and Sylvia Gibbons to enter into a home purchase and financing transaction by misrepresenting the value of the property, the condition of the property and/or the terms and affordability of their mortgages?

    | | | |
    |---|---|---|
    | Yaron Hershco | Yes _X_ | No ____ |
    | United Homes, LLC | Yes _X_ | No ____ |
    | United Property Group, LLC | Yes _X_ | No ____ |
    | Galit Network, LLC | Yes _X_ | No ____ |
    | Olympia Mortgage | Yes _X_ | No ____ |

2.  If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mr. and Mrs. Gibbons for the Defendants' conduct.

    $ _1000_ in damages to Mrs. Gibbons and the Estate of Rodney Gibbons

3.  For each Defendant listed below, answer whether the Defendant knowingly and willfully misled or deceived Mr. and Mrs. Gibbons?

    | | | |
    |---|---|---|
    | Yaron Hershco | Yes _X_ | No ____ |
    | United Homes, LLC | Yes _X_ | No ____ |
    | United Property Group, LLC | Yes _X_ | No ____ |
    | Galit Network, LLC | Yes _X_ | No ____ |
    | Olympia Mortgage | Yes _X_ | No ____ |

4.  For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages, not to exceed $1000, you find that Defendant is responsible for:

    $ _1000_ punitive damages from Mr. Hershco

    $ _1000_ punitive damages from United Homes, LLC

    $ _1000_ punitive damages from United Property Group, LLC

    $ _1000_ punitive damages from Galit Network, LLC

    $ _1000_ punitive damages from Olympia Mortgage

**Fraud**

5. Do you find by clear and convincing evidence that one or more of the Defendants induced Mr. and Mrs. Gibbons to enter into a home purchase and financing transaction by misrepresenting or failing to state material facts about the value of the property, the condition of the property, and/or the terms and affordability of the mortgages?

| | | |
|---|---|---|
| Hershco or one of his employees or agents: | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |
| United Property Group, LLC | Yes X | No ___ |
| Galit Network, LLC | Yes X | No ___ |
| Olympia Mortgage | Yes X | No ___ |

6. If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mr. and Mrs. Gibbons for the Defendants' conduct.

$ 57500 in damages to Mrs. and the Estate of Rodney Gibbons

**Conspiracy to Defraud**

7. Do you find that any of the Defendants conspired with one or more of the other Defendants to misrepresent or fail to disclose material facts to Mr. and Mrs. Gibbons about the value and condition of the home or the terms of the mortgages in order to induce them to purchase and finance their property?

| | | |
|---|---|---|
| Hershco or one of his employees or agents: | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |
| Galit Network, LLC | Yes X | No ___ |
| United Property Group, LLC | Yes X | No ___ |
| Olympia Mortgage | Yes X | No ___ |

8. If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mr. and Mrs. Gibbons for the Defendants' conduct.

$ 57500 in damages to Mrs. and the Estate of Rodney Gibbons

-------------------------------------------------------------------------------------

**Punitive Damages - Fraud**

9. If you have awarded damages above for Defendants' misrepresentations and failures

2

to state material facts to Mr. and Mrs. Gibbons, do you also find that one or more of the Defendants' actions towards Mr. and Mrs. Gibbons was repugnant and involved a high degree of moral culpability?

| | | |
|---|---|---|
| Hershco or one of his employees or agents | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |
| Galit Network, LLC | Yes X | No ___ |
| United Property Group, LLC | Yes X | No ___ |
| Olympia Mortgage | Yes X | No ___ |

10. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$ 35000  punitive damages from Mr. Hershco

$ 5000  punitive damages from United Homes, LLC

$ 5000  punitive damages from United Property Group, LLC

$ 5000  punitive damages from Galit Network, LLC

$ 10000  punitive damages from Olympia Mortgage

-----------------------------------------------------------------------------------------

**Discrimination Claims**

11. A.    Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Rodney and Sylvia Gibbons by targeting them for the sale and financing of their home on grossly unfavorable terms at least in part because of their race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No X |
| United Homes, LLC | Yes ___ | No X |
| United Property Group, LLC | Yes ___ | No X |
| Galit Network, LLC | Yes ___ | No X |
| Olympia Mortgage | Yes ___ | No X |

B.    Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Rodney and Sylvia Gibbons in their home purchase and financing transactions least in part because of their race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No X |
| United Homes, LLC | Yes ___ | No X |
| United Property Group, LLC | Yes ___ | No X |

|                    |      |           |
|--------------------|------|-----------|
| Galit Network, LLC | Yes ___ | No  X  |
| Olympia Mortgage   | Yes ___ | No  X  |

C.  Do you find by a preponderance of the evidence that any of the Defendants conspired with one or more of the other Defendants to discriminate against Mr. and Mrs. Gibbons in their home purchase and financing transactions at least in part because of their race?

|                             |       |          |
|-----------------------------|-------|----------|
| Yaron Hershco               | Yes ___ | No  X  |
| United Homes, LLC           | Yes ___ | No  X  |
| United Property Group, LLC  | Yes ___ | No  X  |
| Galit Network, LLC          | Yes ___ | No  X  |
| Olympia Mortgage            | Yes ___ | No  X  |

12. If you answered "Yes" to any part of A, B, or C above, set forth the amount you find would fully compensate Mr. and Mrs. Gibbons for the Defendants' conduct.

$ ___0___ compensatory damages to Rodney and Sylvia Gibbons

13. For each Defendant listed below, answer whether the Defendant acted intentionally, willfully or with reckless disregard for Mr. and Mrs. Gibbons's civil rights?

|                             |       |          |
|-----------------------------|-------|----------|
| Yaron Hershco               | Yes ___ | No  X  |
| United Homes, LLC           | Yes ___ | No  X  |
| United Property Group, LLC  | Yes ___ | No  X  |
| Galit Network, LLC          | Yes ___ | No  X  |
| Olympia Mortgage            | Yes ___ | No  X  |

14. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$ 00 punitive damages from Mr. Hershco

$ 00 punitive damages from United Homes, LLC

$ 00 punitive damages from United Property Group, LLC

$ 00 punitive damages from Galit Network, LLC

$ 00 punitive damages from Olympia Mortgage

4

**Piercing the Corporate Veil**

15.  (A) Do you find that Mr. Hershco exercised complete control over United Homes, LLC, United Property Group, LLC and/or Galit Network, LLC in connection with the home sold to Rodney and Sylvia Gibbons?

Yes _X_        No ____

(B) If you answered "Yes" to the question above, answer the following two questions:

(i)        Do you find that Mr. Hershco, through his domination of the companies, committed fraud or some other wrong against Mr. and Mrs. Gibbons?

Yes _X_        No ____

-------------------------------------------------------------------------------------------

**Liability of Corporate Officer**

16. Do you find that Yaron Hershco, as a corporate officer of United Homes, LLC, United Property Group, LLC and Galit Network, LLC participated in wrongful conduct or knowingly approved the conduct?

Yes _X_        No ____

-------------------------------------------------------------------------------------------

**PLEASE REVIEW THIS FORM AND MAKE SURE YOU HAVE ANSWERED ALL QUESTIONS.**

_Elizabeth Nemmen_
Jury Foreperson

Date: _6 / 1 / 11_

5

**SPECIAL VERDICT FORM**
**MARY LODGE'S CLAIMS**

**Unfair and Deceptive Practices**

1.  Do you find by a preponderance of the evidence that the statements or actions of one or more of the Defendants induced Mary Lodge to enter into a home purchase and financing transaction by misrepresenting the value of the property, the condition of the property and/or the terms and affordability of her mortgages?

    | | | |
    |---|---|---|
    | Yaron Hershco | Yes _X_ | No ___ |
    | United Homes, LLC | Yes _X_ | No ___ |
    | United Property Group, LLC | Yes _X_ | No ___ |
    | Galit Network, LLC | Yes _X_ | No ___ |
    | Olympia Mortgage | Yes _X_ | No ___ |

2.  If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mrs. Lodge for the Defendants' conduct.

    $ _1000_ in damages to Mrs. Lodge

3.  For each Defendant listed below, answer whether the Defendant knowingly and willfully misled or deceived Mrs. Lodge?

    | | | |
    |---|---|---|
    | Yaron Hershco | Yes _X_ | No ___ |
    | United Homes, LLC | Yes _X_ | No ___ |
    | United Property Group, LLC | Yes _X_ | No ___ |
    | Galit Network, LLC | Yes _X_ | No ___ |
    | Olympia Mortgage | Yes _X_ | No ___ |

4.  For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages, not to exceed $1000, that you find that Defendant is responsible for:

    $ _1000_ punitive damages from Mr. Hershco

    $ _1000_ punitive damages from United Homes, LLC

    $ _1000_ punitive damages from United Property Group, LLC

    $ _1000_ punitive damages from Galit Network, LLC

    $ _1000_ punitive damages from Olympia Mortgage

1

**Fraud**

5. Do you find by clear and convincing evidence that one or more of the Defendants induced Mrs. Lodge to enter into a home purchase and financing transaction by misrepresenting or failing to state material facts about the value of the property, the condition of the property, and/or the terms and affordability of the mortgages?

| | | |
|---|---|---|
| Hershco or one of his employees or agents: | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |
| United Property Group, LLC | Yes X | No ___ |
| Galit Network, LLC | Yes X | No ___ |
| Olympia Mortgage | Yes X | No ___ |

6. If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mrs. Lodge for the Defendants' conduct.

   $ 50000  in damages to Mrs. Lodge

**Conspiracy to Defraud**

7. Do you find that any of the Defendants conspired with one or more of the other Defendants to misrepresent or to fail to disclose material facts to Mrs. Lodge about the value of the property, the condition of the property, or the terms and affordability of the mortgages in order to induce her to purchase and finance her property?

| | | |
|---|---|---|
| Hershco or one of his employees or agents: | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |
| United Property Group, LLC | Yes X | No ___ |
| Galit Network, LLC | Yes X | No ___ |
| Olympia Mortgage | Yes X | No ___ |

8. If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mrs. Lodge for the Defendants' conduct.

   $ 50000  in damages to Mrs. Lodge

**Punitive Damages – Fraud**

9. For each Defendant listed below, answer whether the Defendant's conduct was repugnant and involved a high degree of moral culpability.

| | | |
|---|---|---|
| Yaron Hershco | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |

2

United Property Group, LLC  Yes  X      No ___
Galit Network, LLC          Yes  X      No ___
Olympia Mortgage         Yes  X      No ___

10. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$ 35000   punitive damages from Mr. Hershco

$ 5000   punitive damages from United Homes, LLC

$ 5000   punitive damages from United Property Group, LLC

$ 5000   punitive damages from Galit Network, LLC

$ 10000   punitive damages from Olympia Mortgage

---------------------------------------------------------------------------------------------

**Discrimination Claims**

11. A.     Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Mary Lodge by targeting her for the sale and financing of homes on grossly unfavorable terms at least in part because of her race?

Yaron Hershco             Yes ___     No X
United Homes, LLC        Yes ___     No X
United Property Group, LLC  Yes ___     No X
Galit Network, LLC          Yes ___     No X
Olympia Mortgage        Yes ___     No X

B. Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Mary Lodge in her home purchase and financing transactions at least in part because of her race?

Yaron Hershco             Yes ___     No X
United Homes, LLC        Yes ___     No X
United Property Group, LLC  Yes ___     No X
Galit Network, LLC          Yes ___     No X
Olympia Mortgage        Yes ___     No X

3

C. Do you find by a preponderance of the evidence that any of the Defendants conspired with one or more of the other Defendants to discriminate against Mrs. Lodge in her home purchase and financing transactions at least in part because of her race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No X |
| United Homes, LLC | Yes ___ | No X |
| United Property Group, LLC | Yes ___ | No X |
| Galit Network, LLC | Yes ___ | No X |
| Olympia Mortgage | Yes ___ | No X |

12. If you answered "Yes" to any part of A, B, or C above, set forth the amount you find would fully compensate Ms. Lodge for the Defendants' conduct.

$ _00_ compensatory damages to Mary Lodge

13. For each Defendant listed below, answer whether the Defendant acted intentionally, willfully or with reckless disregard for Mrs. Lodge's civil rights?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No X |
| United Homes, LLC | Yes ___ | No X |
| United Property Group, LLC | Yes ___ | No X |
| Galit Network, LLC | Yes ___ | No X |
| Olympia Mortgage | Yes ___ | No X |

14. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$ _00_ punitive damages from Mr. Hershco

$ _00_ punitive damages from United Homes, LLC

$ _00_ punitive damages from United Property Group, LLC

$ _00_ punitive damages from Galit Network, LLC

$ _00_ punitive damages from Olympia Mortgage

4

**Piercing the Corporate Veil**

15.  (A) Do you find that Mr. Hershco exercised complete control over United Homes, LLC, United Property Group, LLC and/or Galit Network, LLC in connection with the home sold to Mary Lodge?

                     Yes X          No____

(B) If you answered "Yes" to the question above, answer the following two questions:

      (i)      Do you find that Mr. Hershco, through his domination of the companies, committed fraud or some other wrong against Mrs. Lodge?

                     Yes X          No ____

--------------------------------------------------------------------------------

**Liability of Corporate Officer**

16. Do you find that Yaron Hershco, as a corporate officer of United Homes, LLC, United Property Group, LLC and Galit Network, LLC participated in wrongful conduct or knowingly approved the conduct?

                     Yes X              No____

--------------------------------------------------------------------------------

**PLEASE REVIEW THIS FORM AND MAKE SURE YOU HAVE ANSWERED ALL QUESTIONS.**

Elizabeth Werman
Jury Foreperson

Date: 6 / 1 / 11

5

## SPECIAL VERDICT FORM
## DEWITT MATHIS'S CLAIMS

**Unfair and Deceptive Practices**

1.  Do you find by a preponderance of the evidence that the statements or actions of one or more of the Defendants induced Dewit Mathis to enter into a home purchase and financing transaction by misrepresenting the value of the property, the condition of the property and/or the terms and affordability of his mortgage?

    | | | |
    |---|---|---|
    | Yaron Hershco | Yes X | No ___ |
    | United Homes, LLC | Yes x | No ___ |
    | United Property Group, LLC | Yes X | No ___ |
    | Galit Network, LLC | Yes x | No ___ |
    | Alliance Mortgage | Yes _x_ | |

2.  If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mr. Mathis for the Defendants' conduct.

    $ 1000  in damages to Mr. Mathis

3.  For each Defendant listed below, answer whether the Defendant knowingly and willfully misled or deceived Mr. Mathis?

    | | | |
    |---|---|---|
    | Yaron Hershco | Yes X | No ___ |
    | United Homes, LLC | Yes X | No ___ |
    | United Property Group, LLC | Yes x | No ___ |
    | Galit Network, LLC | Yes X | No ___ |
    | Alliance Mortgage | Yes _x_ | |

4.  For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages, not to exceed $1000, that you find that Defendant is responsible for:

    $ 1000  punitive damages from Mr. Hershco

    $ 1000  punitive damages from United Homes, LLC

    $ 1000  punitive damages from United Property Group, LLC

    $ 1000  punitive damages from Galit Network, LLC

    $ 1000  punitive damages from Alliance Mortgage

1

**Fraud**

5.  Do you find by clear and convincing evidence that one or more of the Defendants induced Mr. Mathis to enter into a home purchase and financing transaction by misrepresenting or failing to state material facts about the value of the property, the condition of the property, and/or the terms and affordability of the mortgage?

| | | |
|---|---|---|
| Hershco or one of his employees or agents: | Yes _X_ | No ___ |
| United Homes, LLC | Yes _X_ | No ___ |
| United Property Group, LLC | Yes _X_ | No ___ |
| Galit Network, LLC | Yes _X_ | No ___ |
| Alliance Mortgage | Yes _x_ | |

6.  If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mr. Mathis for the Defendants' conduct.

$ 65000  in damages to Mr. Mathis

**Conspiracy to Defraud**

7.  Do you find that any of the Defendants conspired with one or more of the other Defendants to misrepresent or to fail to disclose material facts to Mr. Mathis about the value of the property, the condition of the property, or the terms and affordability of the mortgage in order to induce him to purchase and finance his property?

| | | |
|---|---|---|
| Hershco or one of his employees or agents: | Yes _X_ | No ___ |
| United Homes, LLC | Yes _X_ | No ___ |
| United Property Group, LLC | Yes _X_ | No ___ |
| Galit Network, LLC | Yes _X_ | No ___ |
| Alliance Mortgage | Yes _x_ | |

8.  If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mr. Mathis for the Defendants' conduct.

$ 65000 in damages to Mr. Mathis

**Punitive Damages – Fraud**

9.  For each Defendant listed below, answer whether the Defendant's conduct was repugnant and involved a high degree of moral culpability.

| | | |
|---|---|---|
| Yaron Hershco | Yes _X_ | No ___ |
| United Homes, LLC | Yes _X_ | No ___ |

2

United Property Group, LLC  Yes _X_    No ___
Galit Network, LLC           Yes _X_    No ___
Alliance Mortgage            Yes _x_

10. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$ 35000  punitive damages from Mr. Hershco

$  5000  punitive damages from United Homes, LLC

$  5000  punitive damages from United Property Group, LLC

$  5000  punitive damages from Galit Network, LLC

$ 10000  punitive damages from Alliance Mortgage

-------------------------------------------------------------------------------------------------------

**Discrimination Claims**

11. A.    Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Dewitt Mathis by targeting him for the sale and financing of his home on grossly unfavorable terms at least in part because of his race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No _X_ |
| United Homes, LLC | Yes ___ | No _X_ |
| United Property Group, LLC | Yes ___ | No _X_ |
| Galit Network, LLC | Yes ___ | No _X_ |
| Alliance Mortgage | Yes _x_ | |

B.  Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Dewitt Mathis in his home purchase and financing transactions at least in part because of his race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No _X_ |
| United Homes, LLC | Yes ___ | No _X_ |
| United Property Group, LLC | Yes ___ | No _X_ |
| Galit Network, LLC | Yes ___ | No _X_ |
| Alliance Mortgage | Yes _x_ | |

3

C. Do you find by a preponderance of the evidence that any of the Defendants conspired with one or more of the other Defendants to discriminate against Mr. Mathis in his home purchase and financing transactions at least in part because of his race?

Yaron Hershco           Yes ___     No _X_
United Homes, LLC      Yes ___     No _X_
United Property Group, LLC Yes ___     No _X_
Galit Network, LLC       Yes ___     No _X_
Alliance Mortgage        Yes _x_

12. If you answered "Yes" to any part of A, B, or C above, set forth the amount you find would fully compensate Mr. Mathis for the Defendants' conduct.

$ __0__ compensatory damages to Dewitt Mathis

13. For each Defendant listed below, answer whether the Defendant acted intentionally, willfully or with reckless disregard for Mr. Mathis's civil rights?

Yaron Hershco           Yes ___     No _X_
United Homes, LLC      Yes ___     No _X_
United Property Group, LLC Yes ___     No _X_
Galit Network, LLC       Yes ___     No _X_
Alliance Mortgage        Yes _x_

14. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$ __0__ punitive damages from Mr. Hershco

$ __0__ punitive damages from United Homes, LLC

$ __0__ punitive damages from United Property Group, LLC

$ __0__ punitive damages from Galit Network, LLC

$ __0__ punitive damages from Alliance Mortgage

4

**Piercing the Corporate Veil**

15. (A) Do you find that Mr. Hershco exercised complete control over United Homes, LLC, United Property Group, LLC and/or Galit Network, LLC in connection with the home sold to Dewitt Mathis?

Yes **X**        No_____

(B) If you answered "Yes" to the question above, answer the following two questions:

(i)        Do you find that Mr. Hershco, through his domination of the companies, committed fraud or some other wrong against Mr. Mathis?

Yes **X**        No _____

-----------------------------------------------------------------------------------

**Liability of Corporate Officer**

16. Do you find that Yaron Hershco, as a corporate officer of United Homes, LLC, United Property Group, LLC and Galit Network, LLC participated in wrongful conduct or knowingly approved the conduct?

Yes **X**            No_____

-----------------------------------------------------------------------------------


**PLEASE REVIEW THIS FORM AND MAKE SURE YOU HAVE ANSWERED ALL QUESTIONS.**



_Elizabeth Wemmer_
Jury Foreperson

Date: **6 / 1 /11**




5

## SPECIAL VERDICT FORM
## MILES AND LISA MCDALE'S CLAIMS

**Unfair and Deceptive Practices**

1. Do you find by a preponderance of the evidence that the statements or actions of one or more of the Defendants induced Miles and Lisa McDale to enter into a home purchase and financing transaction by misrepresenting the value of the property, the condition of the property and/or the terms and affordability of their mortgage?

| | | |
|---|---|---|
| Yaron Hershco | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |
| United Property Group, LLC | Yes X | No ___ |
| Galit Network, LLC | Yes X | No ___ |
| Alliance Mortgage | Yes _x_ | |
| Ben Turner | Yes _x_ | |

2. If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mr. and Mrs. McDale for the Defendants' conduct.

   $ 1000 in damages to Mr. and Mrs. McDale

3. For each Defendant listed below, answer whether the Defendant knowingly and willfully misled or deceived Mr. and Mrs. McDale.

| | | |
|---|---|---|
| Yaron Hershco | Yes X | No ___ |
| United Homes, LLC | Yes X | No ___ |
| United Property Group, LLC | Yes X | No ___ |
| Galit Network, LLC | Yes X | No ___ |
| Alliance Mortgage | Yes _x_ | |
| Ben Turner | Yes _x_ | |

4. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages, not to exceed $1000, you find that Defendant is responsible for:

   $ 1000 punitive damages from Mr. Hershco

   $ 1000 punitive damages from United Homes, LLC

   $ 1000 punitive damages from United Property Group, LLC

1

$ \100 o  punitive damages from Galit Network, LLC

$ \0 0 0  punitive damages from Alliance Mortgage

$ \0 0 0  punitive damages from Ben Turner

**Fraud**

5.  Do you find by clear and convincing evidence that one or more of the Defendants induced Mr. and Mrs. McDale to enter into a home purchase and financing transaction by misrepresenting or failing to state material facts about the value of the property, the condition of the property, and/or the terms and affordability of the mortgage?

| | Yes | No |
|---|---|---|
| Hershco or one of his employees or agents: | X | ___ |
| United Homes, LLC | X | ___ |
| United Property Group, LLC | X | ___ |
| Galit Network, LLC | X | ___ |
| Alliance Mortgage | x | |
| Ben Turner | x | |

6.  If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mr. and Mrs. McDale for the Defendants' conduct.

$ 75000 in damages to Mr. and Mrs. McDale

**Conspiracy to Defraud**

7.  Do you find that any of the Defendants conspired with one or more of the other Defendants to misrepresent or fail to disclose material facts to Mr. and Mrs. McDale about the value and condition of the home or the terms of the mortgage in order to induce them to purchase and finance their property?

| | Yes | No |
|---|---|---|
| Hershco or one of his employees or agents: | X | ___ |
| United Homes, LLC | X | ___ |
| Galit Network, LLC | X | ___ |
| United Property Group, LLC | X | ___ |
| Alliance Mortgage | x | |
| Ben Turner | x | |

8.  If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Mr. and Mrs. McDale for the Defendants' conduct.

$ 75000 in damages to Mr. and Mrs. McDale

2

**Punitive Damages - Fraud**

9.   If you have awarded damages above for Defendants' misrepresentations and failures to state material facts to Mr. and Mrs. McDale, do you also find that one or more of the Defendants' actions towards Mr. and Mrs. McDale was repugnant and involved a high degree of moral culpability?

| | | |
|---|---|---|
| Hershco or one of his employees or agents | Yes  _X_ | No ___ |
| United Homes, LLC | Yes  _X_ | No ___ |
| Galit Network, LLC | Yes  _X_ | No ___ |
| United Property Group, LLC | Yes  _X_ | No ___ |
| Alliance Mortgage | Yes  _x_ | |
| Ben Turner | Yes  _x_ | |

10. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$ 25000    punitive damages from Mr. Hershco

$  5000    punitive damages from United Homes, LLC

$  5000    punitive damages from United Property Group, LLC

$  5000    punitive damages from Galit Network, LLC

$ 10000    punitive damages from Alliance Mortgage

$ 10000    punitive damages from Ben Turner

-------------------------------------------------------------------------------------------------

**Discrimination Claims**

11. A.      Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Miles and Lisa McDale by targeting them for the sale and financing of their home on grossly unfavorable terms at least in part because of their race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No _X_ |
| United Homes, LLC | Yes ___ | No _X_ |
| United Property Group, LLC | Yes ___ | No _X_ |
| Galit Network, LLC | Yes ___ | No _X_ |
| Alliance Mortgage | Yes  _x_ | |
| Ben Turner | Yes  _x_ | |

3

B. Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Miles and Lisa McDale in their home purchase and financing transactions at least in part because of their race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No  X |
| United Homes, LLC | Yes ___ | No  X |
| United Property Group, LLC | Yes ___ | No  X |
| Galit Network, LLC | Yes ___ | No  X |
| Alliance Mortgage | Yes __x_ | |
| Ben Turner | Yes __x__ | |

C. Do you find by a preponderance of the evidence that any of the Defendants conspired with one or more of the other Defendants to discriminate against Mr. and Mrs. McDale in their home purchase and financing transactions at least in part because of their race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No  X |
| United Homes, LLC | Yes ___ | No  X |
| United Property Group, LLC | Yes ___ | No  X |
| Galit Network, LLC | Yes ___ | No  X |
| Alliance Mortgage | Yes __x_ | |
| Ben Turner | Yes __x__ | |

12. If you answered "Yes" to any part of A, B, or C above, set forth the amount you find would fully compensate Mr. and Mrs. McDale for the Defendants' conduct.

$ ___0___ compensatory damages to Miles and Lisa McDale

13. For each Defendant listed below, answer whether the Defendant acted intentionally, willfully or with reckless disregard for Mr. and Mrs. McDale's civil rights?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No  X |
| United Homes, LLC | Yes ___ | No  X |
| United Property Group, LLC | Yes ___ | No  X |
| Galit Network, LLC | Yes ___ | No  X |
| Alliance Mortgage | Yes __x_ | |
| Ben Turner | Yes __x__ | |

14. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

4

$ _O_ punitive damages from Mr. Hershco

$ _O_ punitive damages from United Homes, LLC

$ _O_ punitive damages from United Property Group, LLC

$ _O_ punitive damages from Galit Network, LLC

$ _O_ punitive damages from Alliance Mortgage

$ _O_ punitive damages from Ben Turner

------------------------------------------------------------------------------------------------

## Piercing the Corporate Veil

15. (A) Do you find that Mr. Hershco exercised complete control over United Homes, LLC, United Property Group, LLC and/or Galit Network, LLC in connection with the home sold to Miles and Lisa McDale?

       Yes _X_      No_____

   (B) If you answered "Yes" to the question above, answer the following two questions:

       (i)     Do you find that Mr. Hershco, through his domination of the companies, committed fraud or some other wrong against Mr. and Mrs. McDale?

               Yes _X_    No _____

------------------------------------------------------------------------------------------------

## Liability of Corporate Officer

16. Do you find that Yaron Hershco, as a corporate officer of United Homes, LLC, United Property Group, LLC and Galit Network, LLC participated in wrongful conduct or knowingly approved the conduct?

       Yes _X_           No_____

**PLEASE REVIEW THIS FORM AND MAKE SURE YOU HAVE ANSWERED ALL QUESTIONS.**

_Elizabeth Nemmer_
Jury Foreperson

Date: _6 / 1 /11_

6

## SPECIAL VERDICT FORM
## CHARLENE WASHINGTON'S CLAIMS

**Unfair and Deceptive Practices**

1.  Do you find by a preponderance of the evidence that the statements or actions of one or more of the Defendants induced Charlene Washington to enter into a home purchase and financing transaction by misrepresenting the value of the property, the condition of the property and/or the terms and affordability of her mortgage?

| | | |
|---|---|---|
| Yaron Hershco | Yes _X_ | No ___ |
| United Homes, LLC | Yes _X_ | No ___ |
| United Property Group, LLC | Yes _X_ | No ___ |
| Galit Network, LLC | Yes _X_ | No ___ |
| Alliance Mortgage | Yes _x_ | |

2.  If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Ms. Washington for the Defendants' conduct.

    $ _1000_ in damages to Ms. Washington

3.  For each Defendant listed below, answer whether the Defendant knowingly and willfully misled or deceived Ms. Washington?

| | | |
|---|---|---|
| Yaron Hershco | Yes _X_ | No ___ |
| United Homes, LLC | Yes _X_ | No ___ |
| United Property Group, LLC | Yes _X_ | No ___ |
| Galit Network, LLC | Yes _X_ | No ___ |
| Alliance Mortgage | Yes _x_ | |

4.  For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages, not to exceed $1000, that you find that Defendant is responsible for:

    $ _1000_ punitive damages from Mr. Hershco

    $ _1000_ punitive damages from United Homes, LLC

    $ _1000_ punitive damages from United Property Group, LLC

    $ _1000_ punitive damages from Galit Network, LLC

    $ _1000_ punitive damages from Alliance Mortgage

1

**Fraud**

5. Do you find by clear and convincing evidence that one or more of the Defendants induced Ms. Washington to enter into a home purchase and financing transaction by misrepresenting or failing to state material facts about the value of the property, the condition of the property, and/or the terms and affordability of the mortgage?

| | | |
|---|---|---|
| Hershco or one of his employees or agents: | Yes _X_ | No ___ |
| United Homes, LLC | Yes _X_ | No ___ |
| United Property Group, LLC | Yes _X_ | No ___ |
| Galit Network, LLC | Yes _X_ | No ___ |
| Alliance Mortgage | Yes _x_ | |

6. If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Ms. Washington for the Defendants' conduct.

$ _25000_  in damages to Ms. Washington

**Conspiracy to Defraud**

7. Do you find that any of the Defendants conspired with one or more of the other Defendants to misrepresent or to fail to disclose material facts to Ms. Washington about the value of the property, the condition of the property, or the terms and affordability of the mortgage in order to induce her to purchase and finance her property?

| | | |
|---|---|---|
| Hershco or one of his employees or agents: | Yes _X_ | No ___ |
| United Homes, LLC | Yes _x_ | No ___ |
| United Property Group, LLC | Yes _x_ | No ___ |
| Galit Network, LLC | Yes _X_ | No ___ |
| Alliance Mortgage | Yes _x_ | |

8. If you answered "Yes" to the question above, set forth the amount of money damages you find would fully compensate Ms. Washington for the Defendants' conduct.

$ _25000_  in damages to Ms. Washington

**Punitive Damages – Fraud**

9. For each Defendant listed below, answer whether the Defendant's conduct was repugnant and involved a high degree of moral culpability.

| | | |
|---|---|---|
| Yaron Hershco | Yes _X_ | No ___ |
| United Homes, LLC | Yes _X_ | No ___ |

2

United Property Group, LLC Yes _X_     No ___
Galit Network, LLC       Yes _X_     No ___
Alliance Mortgage        Yes _x_

10. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$ 35000  punitive damages from Mr. Hershco

$  5000  punitive damages from United Homes, LLC

$  5000  punitive damages from United Property Group, LLC

$  5000  punitive damages from Galit Network, LLC

$ 10000  punitive damages from Alliance Mortgage

--------------------------------------------------------------------------------------------------------

**Discrimination Claims**

11. A.    Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Charlene Washington by targeting her for the sale and financing of her home on grossly unfavorable terms at least in part because of her race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No _X_ |
| United Homes, LLC | Yes ___ | No _x_ |
| United Property Group, LLC | Yes ___ | No _X_ |
| Galit Network, LLC | Yes ___ | No _X_ |
| Alliance Mortgage | Yes _x_ | |

B.    Do you find by a preponderance of the evidence that one or more of the Defendants discriminated against Charlene Washington in her home purchase and financing transactions at least in part because of her race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No _X_ |
| United Homes, LLC | Yes ___ | No _x_ |
| United Property Group, LLC | Yes ___ | No _X_ |
| Galit Network, LLC | Yes ___ | No _x_ |
| Alliance Mortgage | Yes _x_ | |

3

C.  Do you find by a preponderance of the evidence that any of the Defendants conspired with one or more of the other Defendants to discriminate against Ms. Washington in her home purchase and financing transactions at least in part because of her race?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No X |
| United Homes, LLC | Yes ___ | No X |
| United Property Group, LLC | Yes ___ | No X |
| Galit Network, LLC | Yes ___ | No X |
| Alliance Mortgage | Yes _x_ | |

12. If you answered "Yes" to any part of A, B, or C above, set forth the amount you find would fully compensate Ms. Washington for the Defendants' conduct.

$___0___ compensatory damages to Charlene Washington

13. For each Defendant listed below, answer whether the Defendant acted intentionally, willfully or with reckless disregard for Ms. Washington's civil rights?

| | | |
|---|---|---|
| Yaron Hershco | Yes ___ | No X |
| United Homes, LLC | Yes ___ | No X |
| United Property Group, LLC | Yes ___ | No X |
| Galit Network, LLC | Yes ___ | No X |
| Alliance Mortgage | Yes _x_ | |

14. For each Defendant that you answered Yes for in the preceding question, then insert the amount of punitive damages you find that Defendant is responsible for:

$___0___ punitive damages from Mr. Hershco

$___0___ punitive damages from United Homes, LLC

$___0___ punitive damages from United Property Group, LLC

$___0___ punitive damages from Galit Network, LLC

$___0___ punitive damages from Alliance Mortgage

4

**Piercing the Corporate Veil**

15.  (A) Do you find that Mr. Hershco exercised complete control over United Homes, LLC, United Property Group, LLC and/or Galit Network, LLC in connection with the home sold to Charlene Washington?

$\qquad$ Yes _X___     No ____

(B) If you answered "Yes" to the question above, answer the following two questions:

(i)  Do you find that Mr. Hershco, through his domination of the companies, committed fraud or some other wrong against Ms. Washington?

Yes _X___     No ____

-----------------------------------------------------------------------------------------

**Liability of Corporate Officer**

16. Do you find that Yaron Hershco, as a corporate officer of United Homes, LLC, United Property Group, LLC and Galit Network, LLC participated in wrongful conduct or knowingly approved the conduct?

Yes _X___          No____

-----------------------------------------------------------------------------------------


**PLEASE REVIEW THIS FORM AND MAKE SURE YOU HAVE ANSWERED ALL QUESTIONS.**


*Elizabeth Nemmen*
Jury Foreperson

Date: _6 / 1 /11_____

5