UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

MARY LODGE,

                Plaintiff,

    -against-

UNITED HOMES, LLC, UNITED PROPERTY
GROUP, LLC, YARON HERSHCO,
GALIT NETWORK, LLC, OLYMPIA MORTGAGE
CORP., BAYVIEW LOAN SERVICING, LLC,
BAYVIEW ASSET MANAGEMENT, LLC,
U.S. BANK, N.A. AS TRUSTEE FOR BAYVIEW
ASSET-BACKED SECURITIES TRUST SERIES
2007-30, BAYVIEW FINANCIAL, L.P., AND
BAYVIEW FINANCIAL MANAGEMENT CORP.

                Defendants.

----------------------------------------X

Civil Action No. CV-05-0187

**NOTICE OF MOTION**

## NOTICE OF MOTION FOR ATTORNEY'S FEES

PLEASE TAKE NOTICE that upon the Memorandum of Law of Plaintiff Mary Lodge dated June 15, 2011 and the Affidavits and Exhibits attached thereto, as well as the May 5, 2011 Memorandum & Order of Honorable Kiyo Matsumoto and the February 11, 2011 ruling by Magistrate Judge Roanne L. Mann, Plaintiff Mary Lodge, by her attorneys, will move this Court, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on a date and at a time to be designated by the Court, for an order granting attorneys' fees to plaintiff Mary Lodge's counsel.

PLEASE TAKE FURTHER NOTICE, that pursuant to the June 2, 2011 Order of Honorable Kiyo Matsumoto, opposing memoranda must be served on the undersigned counsel by June 24, 2011.

Dated: June 15, 2011
Brooklyn, New York

By *[signature]*
JEAN CONSTANTINE-DAVIS
AARP Foundation Litigation
601 E Street NW
Washington, DC 20049
(202)434-2058
jcdavis@aarp.org

MEGHAN FAUX
RACHEL GEBALLE
PAVITA KRISHNASWAMY
JENNIFER LIGHT
SARA MANAUGH
South Brooklyn Legal Services
Foreclosure Prevention Project
105 Court Street, 3rd Floor
Brooklyn, New York 11201
(718) 237-5500
mfaux@sbls.org

J. CHRISTOPHER JENSEN
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9204
jcj@cll.com

*Attorneys for Plaintiffs*