| CLNAME | CFNAME | Lawyer | TIDATE | TTIME | DISPUTE TIME | REASON |
|---|---|---|---|---|---|---|
| Lodge | Mary | Josephson | 1/21/2010 | 1 | 1 | review SJ opp brief |
| Lodge | Mary | Manaugh | 1/12/2011 | 2.9 | 1 | met with team to discuss discovery, pleadings issues; drafted, revised letters to court re discovery dispute |
| Lodge | Mary | Manaugh | 1/13/2011 | 4 | 1 | finalized letters to MJ Mann (re discovery dispute), Judge Matsumoto; TC with CSFB counsel; email with team |
| Lodge | Mary | Manaugh | 1/18/2011 | 0.2 | 0.2 | reviewed ltr to ct from opp counsel re discovery dispute |
| Lodge | Mary | Manaugh | 1/20/2011 | 0.5 | 0.5 | TC with court re discovery disputes |
| Lodge | Mary | Manaugh | 1/26/2011 | 0.2 | 0.2 | discussed issues re resecuritization of loan with team in connection with discovery dispute |
| Lodge | Mary | Manaugh | 1/31/2011 | 3.5 | 1 | prepared for Bermudez dep; TC with team, K Byers re securitization docs; discussed further doc dcemands |
| Lodge | Mary | Manaugh | 2/1/2011 | 6 | 6 | researched HDC and securitization issues in connection with discovery dispute |
| Lodge | Mary | Manaugh | 2/4/2011 | 6 | 4 | sent request for extension to MJ Mann; worked on status report/letter motion re discovery dispute to MJ Mann + appendices |
| Lodge | Mary | Manaugh | 2/7/2011 | 2.2 | 2.2 | finalized appendices, letter re discovery dispute, filed |
| Lodge | Mary | Manaugh | 2/10/2011 | 0.7 | 0.7 | read OC's letter brief re discovery dispute, discussed with team |
| Lodge | Mary | Manaugh | 2/11/2011 | 2.8 | 2.8 | prepared for call with court re discovery dispute; call |
| Lodge | Mary | Manaugh | 2/13/2011 | 3 | 3 | worked on motion to strike HDC defense |
| Lodge | Mary | Manaugh | 2/15/2011 | 0.5 | 0.5 | read Carr affidavit; worked on motion to strike HDC defense |
| Lodge | Mary | Manaugh | 2/16/2011 | 7.8 | 6.4 | worked on Motion to strike HDC defense; documented hours for discovery dispute |
| Lodge | Mary | Manaugh | 2/17/2011 | 5 | 3.5 | worked on motion; email with Jean Davis, OC re attys fees |
| Lodge | Mary | Manaugh | 2/18/2011 | 6.5 | 3 | Email with team, OC; drafted, revised ltr to court re attys fees; worked on motion to strike |
| Lodge | Mary | Manaugh | 2/22/2011 | 3 | 2.5 | worked on motion to strike; read ltr to ct re escrow |
| Lodge | Mary | Manaugh | 2/23/2011 | 6.5 | 6.5 | worked on MOL |
| Lodge | Mary | Manaugh | 2/24/2011 | 3.8 | 3.8 | worked on brief |
| Lodge | Mary | Manaugh | 2/25/2011 | 3 | 3 | worked on brief |
| Lodge | Mary | Geballe | 2/26/2011 | 3.5 | 3.5 | Editing Motion to strike HDC |
| Lodge | Mary | Geballe | 2/27/2011 | 2 | 2 | Preparing 56.1 statement and declaration of SM for Motion to strike HDC |
| Lodge | Mary | Geballe | 2/28/2011 | 7 | 7 | Editing 56.1 statement and Manaugh declaration for motion to strike HDC. |
| Lodge | Mary | Manaugh | 2/28/2011 | 6 | 6 | worked on brief, accompanying motion papers |
| Lodge | Mary | Manaugh | 3/1/2011 | 3 | 3 | worked on draft |
| Lodge | Mary | Manaugh | 3/2/2011 | 4 | 4 | worked on motion papers |
| Lodge | Mary | Geballe | 3/2/2011 | 3 | 3 | Close edit of Motion to Strike |
| Lodge | Mary | Geballe | 3/3/2011 | 2 | 2 | Reviewing case cites in Motion to Strike HDC |
| Lodge | Mary | Geballe | 3/1/2011 | 1.5 | 1.5 | Edits to 56.1 statement for motion to strike HDC |
| Lodge | Mary | Geballe | 3/3/2011 | 2.5 | 2.5 | Editing and compiling motion to strike HDC |
| Lodge | Mary | Manaugh | 3/3/2011 | 6.5 | 4 | finished, served motion papers; revised ltr to court re attys fees |
| Lodge | Mary | Manaugh | 2/21/2011 | 7.2 | 7.2 | worked on motion to strike HDC |
| Lodge | Mary | Manaugh | 3/28/2011 | 8.8 | 8.8 | worked on reply brief for HDC strike motion |
| Lodge | Mary | Manaugh | 3/27/2011 | 6 | 6 | worked on reply brief for HDC strike motion |
| Lodge | Mary | Manaugh | 3/30/2011 | 11 | 11 | worked on reply for motion to strike HDC |
| Lodge | Mary | Manaugh | 3/30/2011 | 7.8 | 7.8 | finalized, served reply brief, filed all papers for motion to strike |
| Lodge | Mary | Geballe | 3/30/2011 | 1 | 1 | Edits to Reply on Motion to strike HDC |
| | | | | | 133.1 | |

| | | |
|---|---|---|
| Josephson time | 1 hour | Josephson time: 1 hour x $500/hr = $500 |
| Geballe time | 22.5 hours | Geballe time: 22.5 hours x $300/hr = $6,750 |
| Manaugh time | 109.6 hours | Manaugh time: 109.6 x $350/hr = $38,360 |
| | Total: | $45,610 |

Page 1