Concur Expense                                                                          Page 1 of 2

TOP          TOP          TOP          Service Update : 37.0.1.0



# FAX COVER PAGE
(see Instruction below)

**Fax this page and your receipts to:**
**866-502-9765**

## Report Summary:

| | |
|---|---|
| Report Name : | November 19, 2008 Florida Trip |
| Employee Name : | CONSTANTINE-DAVIS, JEAN M. |
| Report ID : | 90402174665549DBACAF |
| Employee ID : | 090003 |
| Company ID : | 17ABA |
| Report Total : | 600.31 USD |
| Due Employee : | 600.31 USD |

## Receipts to Fax:

☐ 11/20/2008; Ground Transportation (Car Rental, Parking, etc.); 83.70 USD;

☐ 11/20/2008; Hotel and Hotel Related Expenses (Parking, Tips, etc.); 308.15 USD;

☐ 11/22/2008; Ground Transportation (Car Rental, Parking, etc.); 86.00 USD;

BOTTOM      BOTTOM      BOTTOM

# INSTRUCTIONS FOR FAXING RECEIPTS
(do not fax this page)

**To fax your receipts:**

1. **Print** the fax cover page and check for good quality (see below).

https://www000119...     ...solutions.com/eee00260npse/expense/action/reports.PrintReportPre...     12/9/2008

**SOUTHWEST AIRLINES** ISSUED BY AND VALID ONLY ON **ITINERARY / RECEIPT**

DATE: 20NOV08
CONFIRMATION NUMBER: 2PWTUY
AGENT: e62403

## ITINERARY                    RECEIPT

| From | To  | Flight | Date  | Time | BC | Customer Name         | Reference NBR  | Base Fare | Fees/Taxes | Total  |
|------|-----|--------|-------|------|----|----------------------|----------------|-----------|------------|--------|
| FLL  | MCO | 2972   | 20NOV | 410P | Y  | CONSTANTINEDAVIS/JEAN | 52687643064361 | 253.95    | 40.05      | 294.00 |
| MCO  | BWI | 3146   | 20NOV | 530P | Y  |                      |                |           |            |        |

**GRAND TOTAL**                                           253.95    40.05    294.00

**BWI Taxi Management, INC.**
BALTIMORE/WASHINGTON
INTERNATIONAL AIRPORT
MARYLAND...21240

410-859-1100
410-859-1102
Operator of

**BWI** 16471-014
AIRPORT CAB

RECEIVED FROM:

NAME _____

TRANSPORTATION TO _____

DATE 11/20/08  20 _____

CAB NO. _____

| METER FARE | | |
|---|---|---|
| BAGGAGE | | |
| TOLLS | | |
| OTHER | | |
| TIP | | |
| TOTALS | 86 | — |

Chauffeur_____

Please refer to rate schedules posted in each taxicab. Should you have any questions regarding lost articles or service, please call BWI Taxi Management, Inc. (410-859-1102) or the Maryland Aviation Administration (410-859-7033). Thank you.

**BILTMORE HOTEL**  N⁰ 36540   MISCELLANEOUS
Business Center

Date: 11/20/08
Name: Jean Constantin-Davis
Room #: 548
Folio #:

| Explanation | | |
|---|---|---|
| BW/P 20 Pages | 20 | 00 |
| | | |
| Total | 20 | 00 |

Received By: Jean Constantin-Davis

```
Corner Bakery Cafe
50 Massachusetts Ave., NE
Washington, DC 20002
     Table #Q#14
Trans#: 911790   Serv: ALAWIYA
11/19/2008 08:00:20 AM   #Cust:1
================================
Quan Description          Cost
================================
1 Smoked Bacon Cheddar Pa  $3.89
================================
          Net Total:       $3.89
                STATE      $0.39
          ================

    Your Opinion Is Important.
    Go to www.cbcfeedback.com
      within 72 hours and tell
        us about your visit.
    You could win $5,000.00 in
       our monthly drawing!
       Code:111980080084179002
================================
       TOTAL :         $4.28
Food: $3.89
================================

       Spice up the day with
        sweet tastes of fall.
      Enjoy a Gingerbread Pumpkin
     Baby Bundt and a Pumpkin Latte.
            Feed the Day!
```

## Citi® AAdvantage® World MasterCard®

Account Number    AAdvantage is a registered trademark of American Airlines, Inc.

| 11/20 | 11/20 | 7RVT8DR1 | NATIONAL CAR RENTAL    FT LAUDERDALE FL<br>PHONE NUMBER: 8002277368<br>NAME: DAVIS JEAN CONSTANTI<br>PICKUP: 11/19/08<br>RETURN: FT LAUDERDALE    FL  11/20/08<br>AGREEMENT NUMBER: 813877837 | 83.70 |



| RA # 913877837 | RES # 942067096 | | EC # | |
|---|---|---|---|---|
| JEAN CONSTANTINEDAVIS | CONTRACT ID 5602589 | | FT # | |
| DERWOOD, MD 20855 | EXT REF # | | | |
| **RENTAL LOCATION** | **RENTAL DATE** | | **RETURN LOCATION** | **RETURN DATE** |
| FT LAUDERDALE INTL ARPT (888)826 6890 | 19-NOV-2008 | | FT LAUDERDALE INTL ARPT (888)826 6890 | 21-NOV-2008 |
| 600 TERMINAL DRIVE | **RENTAL TIME** | | 600 TERMINAL DRIVE | **RETURN TIME** |
| FT LAUDERDALE, FL 33315 | 01:12 PM | | FT LAUDERDALE, FL 33315 | 11:35 AM |

**RATE RULES AND QUALIFICATIONS    INITIAL X_____**
SPECIAL CITY RATE
Monthly Charge up to 31 Days

**VEHICLE INFORMATION**
RESERVED        Intermediate 2/4 Door Car Auto A/C
DRIVEN          Intermediate 2/4 Door Car Auto A/C
CHARGED         Intermediate 2/4 Door Car Auto A/C
MAKE
MODEL
COLOR
ODOMETER        0
PLATE
REG AREA
VEHICLE #
BAY
STALL

| CHARGES | UNIT | PRICE/UNIT | CURRENT CHARGE |
|---|---|---|---|
| RENTER'S RESPONSIBILITY | | | |
| * TIME & DISTANCE | MONTH | 960.00 X | 0.00 |
| * TIME & DISTANCE | WEEK | 240.00 X | 0.00 |
| * TIME & DISTANCE | Day | 40.00 X 2 | 80.00 |
| * TIME & DISTANCE | Hour | 20.00 X | 0.00 |
| * UNLIMITED MILES/KM-TIME & DISTANCE | M/KM | 0.00 X | 0.00 |
| REFUELING SERVICE CHARGE | Gallon | 3.14 X | 0.00 |
| * RENTAL CAR FACILITY CHRG 3.95/DAY | Day | | 7.90 |
| * CONCESSION RECOUPMENT FEE 10 PCT @ 10.00% | | | 8.10 |
| * FLORIDA SURCHARGE 2.00/DAY | Day | | 4.00 |
| * TIRE/BATTERY FEE .02/DAY | Day | | 0.04 |
| * LICENSE RECOUPMENT FEE .46/DAY | Day | | 0.92 |
| SALES TAX 6.00% | | | 6.06 |
| | **ESTIMATED CHARGES** | | **107.02  INITIAL X_____** |

(ALL CHARGES ARE ESTIMATE ONLY - SUBJECT TO CHANGE IF VEHICLE NOT RETURNED TO THE LOCATION ON DATE AND TIME SPECIFIED, OR IF FUEL TANK IS NOT FULL AT RETURN AND FUEL SERVICE OPTION WAS NOT PURCHASED).
PAYMENTS
MASTERCARD 2203 Auth #

LOSS DAMAGE WAIVER (LDW) IS INCLUDED IN THIS RENTAL.
I DECLINE OPTIONAL CAREFREE PERSONAL PROTECTION COVERAGE (PERSPRO). X _____

I DECLINE PERSONAL ACCIDENT INSURANCE (PAI) WITH PERSONAL EFFECTS COVERAGE (PEC). X _____

I DECLINE NATIONAL'S OPTIONAL ROADSIDE SERVICE PLUS X _____

I DECLINE OPTIONAL THIRD PARTY BODILY INJURY AND PROPERTY DAMAGE INSURANCE (SLI). X _____

MY COMPANY'S AGREEMENT PROVIDES LOSS DAMAGE WAIVER (LDW) FOR BUSINESS RENTALS; OTHERWISE I AM RESPONSIBLE FOR ALL LOSS OR DAMAGE TO THE VEHICLE. X _____

THE VALID AND COLLECTIBLE LIABILITY INSURANCE AND PERSONAL INJURY PROTECTION INSURANCE OF ANY AUTHORIZED RENTAL OR LEASING DRIVER IS PRIMARY FOR THE LIMITS OF LIABILITY AND PERSONAL INJURY PROTECTION COVERAGE REQUIRED BY SS. 324.021(7) AND 627.736, FLORIDA STATUTES. X _____

**PLEASE READ IMPORTANT INFORMATION REGARDING AUTHORIZED DRIVERS WITHIN THE AGREEMENT (SEE RENTAL AGREEMENT JACKET).**

YOU AGREE TO ALL PROVISIONS CONTAINED WITHIN THIS AGREEMENT, INCLUDING THOSE CONTAINED WITHIN NATIONAL'S RENTAL AGREEMENT JACKET AND ALL APPLICABLE OPTIONAL PRODUCT BROCHURES, AND YOU ACKNOWLEDGE RECEIPT OF EACH OF THEM. YOU UNDERSTAND AND AGREE THAT, TO THE EXTENT PERMITTED BY LAW, IF YOU DO NOT COMPLY WITH CERTAIN KEY PORTIONS OF THIS AGREEMENT (AND, WHERE APPLICABLE, THE TERMS OF ANY ASSOCIATED CORPORATE,

## Constantine-Davis, Jean

**From:** MICHELLE [mdavis@travizon.com]
**Sent:** Monday, November 17, 2008 4:00 PM
**To:** Elzie, Renee M.; Constantine-Davis, Jean
**Subject:** Travel Reservation November 19 for CONSTANTINEDAVIS

TRAVIZON is pleased to deliver your complete travel itinerary through Sabre® Virtually There®.

Click here to access your reservation on the web or a mobile device.

For your convenience, a text version of your itinerary is included in this e-mail and was current as of the time the e-mail was sent. Please click on the link above or contact TRAVIZON for the most current information.

***********************************************************************

Itinerary

```
JEAN CONSTANTINEDAVIS

Reservation code: BTFVXZ

Travel Arranger Priority Comments:
    FOR ASSISTANCE AFTER HOURS IN CASE OF AN EMERGENCY,
    PLEASE CALL 877-425-5155 / USE VIT CODE 8SY5

Wed, Nov 19
Flights: SOUTHWEST AIRLINES, WN 0262
    From: BALTIMORE WASHNTN, MD (BWI)         Departs: 10:35am
    To: FT LAUDERDALE, FL (FLL)               Arrives: 1:10pm
    Arrival Terminal: TERMINAL 1
    Class: Economy                            Seat(s): Check-In Required
    Status: Confirmed                         Airline Confirmation: 2PWTUY
    Meal:                                     Smoking: No
    Aircraft: BOEING 737-300 JET              Mileage: 929
    Duration: 2 hour(s) and 35 minute(s)
    Please verify flight times prior to departure

Wed, Nov 19-Fri, Nov 21
Car: NATIONAL CAR RENTAL
    Pick Up: FT LAUDERDALE, FL (FLL)          Pick Up Date/Time: Nov 19/1:10pm
    Telephone: 888-826-6890                   Fax: 954-359-8313
    Drop Off: FT LAUDERDALE, FL (FLL)         Drop Off Date/Time: Nov 21/11:35am
    Telephone: 888-826-6890                   Fax: 954-359-8313
    Type: Intermediate Car Automatic Air      Car(s): 1
    Status: Confirmed                         Confirmation: 942067096COUNT
    Rate Info: Guaranteed                     Rate Code: A214
    Client ID:                                Corporate Discount #: 5602589
    Rate Plan: 2 Days, 0 Hours
    Daily: 40.00 USD    UNL MI/KM    0.00 Extra MI/KM
    Extra Hour: 20.00 USD   UNL MI/KM    0.00 Extra MI/KM
    Extra Day: 40.00 USD    UNL MI/KM    0.00 Extra MI/KM
    Mandatory Charges: 27.02   USD
    Approx Total Price: 107.02 USD    UNL MI/KM    0.00 Extra MI/KM
```

11/18/2008

```
Fri, Nov 21
Flights: SOUTHWEST AIRLINES, WN 2366
    From: FT LAUDERDALE, FL (FLL)                Departs: 11:35am
    Departure Terminal: TERMINAL 1
    To: BALTIMORE WASHNTN, MD (BWI)               Arrives: 2:10pm
    Class: Economy                                Seat(s): Check-In Required
    Status: Confirmed                             Airline Confirmation: 2PWTUY
    Meal:                                         Smoking: No
    Aircraft: BOEING 737-700 JET                  Mileage: 929
    Duration: 2 hour(s) and 35 minute(s)
    Please verify flight times prior to departure

ARRANGER REMARKS
    Notes:
    PLEASE REVIEW ALL DOCUMENTATION IMMEDIATELY
    TRAVIZON DOES NOT ACCEPT RESPONSIBILITY
    FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS AFTER
    RECEIPT OF DOCUMENTS, WHETHER BY FAX, ELECTRONIC
    DOCUMENT, OR PAPER TICKET.
    THANK YOU FOR BOOKING WITH TRAVIZON.
```

*************************************************************************

Virtually There® allows you to review or print your reservations, as well as:

- Register for trip reminders and cancellation/delay notifications
- View maps & driving directions
- Review city guides & restaurant recommendations
- Get up-to-date weather and much more!

You may also access your reservation on the web or from your mobile device at www.virtuallythere.com. Simply enter your last name and the six-character reservation code provided to you by TRAVIZON. As a security measure, you will be prompted to enter your e-mail address or a password that TRAVIZON may have provided to you. If you have any question about which e-mail address to use, we recommend that you use the one that received this e-mail.

If the "click here" link isn't supported by your mobile e-mail program, click this link or paste it into your mobile web browser:

http://www.sabremobile.com/view_pnr.wml?host=1W&pnr=2LNAC7H3RQOS&name=CONSTANTINEDAVIS&language=0&email=2

CLICK HERE to opt out of receiving future e-mails from Virtually There.

TRAVIZON
1-877-425-5155
THANK YOU FOR YOUR BUSINESS. VISIT US AT WWW.TRAVIZON.COM

11/18/2008

012 BBP

# TRAVIZON

PHONE: 1-877-425-5155
THANK YOU FOR YOUR BUSINESS. VISIT US AT WWW.TRAVIZON.COM
E-MAIL TRAVIZON

Home   Itinerary   Mobile Services   Travel Resources   Help

Language:
English

24 Hour clock
View by Segment Type

## Itinerary
JEAN CONSTANTINEDAVIS
Reservation code: BTFVXZ

E-mail this Itinerary   View printable version   Add to Calendar

**Travel Arranger Priority Comments:**
FOR ASSISTANCE AFTER HOURS IN CASE OF AN EMERGENCY,
PLEASE CALL 877-425-5155 / USE VIT CODE 8SY5

### Wed, Nov 19

Flights: [illegible]

| | |
|---|---|
| From: BALTIMORE WASHNTN, MD (BWI) | Departs: 10:35am |
| To: FT LAUDERDALE, FL (FLL) | Arrives: 1:10pm |
| Departure Terminal: | Duration: 2 hour(s) and 35 minute(s) |
| Arrival Terminal: TERMINAL 1 | Class: Economy |
| Seat(s): Check-in Required | Status: Confirmed |
| Notes: | |
| Gate: Check for latest information | |

▼ Show Detail ▼
Please verify flight times prior to departure

**Car: NATIONAL CAR RENTAL**

| | |
|---|---|
| Pick Up: FT LAUDERDALE, FL (FLL) | Pick Up Date/Time: Nov 19/1:10pm |
| | Phone: 888-826-6890 |
| | Fax: 954-359-8313 |
| Drop Off: FT LAUDERDALE, FL (FLL) | Drop Off Date/Time: Nov 21/11:35am |
| Type: Intermediate Car Automatic Air | Confirmation: 942067096COUNT |
| Car(s): 1 | Status: Confirmed |

▼ Show Detail ▼

**Hotel: BILTMORE (LEADING HOTELS)** 🌐 map

| | |
|---|---|
| Check In: Nov 19 | Check Out: Nov 21 |
| Room(s): 1 | Room Type: ABC CORPORATE/ABC PREMIER PROG |
| Guarantee: Room is guaranteed for late arrival | Status: Confirmed |
| Client ID: | Corporate Discount #: |
| Address: 1200 ANASTASIA AVENUE | Phone: 1-305-4451926 |
| CORAL GABLES FL 33134 | Confirmation: 42557802 |
| Rate: 255.00 USD / night | Fax: 1-305-9133159 |
| Cancellation: Cancel 48 hours prior to arrival to avoid a penalty. | |

### Fri, Nov 21

Flights: SOUTHWEST AIRLINES, WN 2366        Notify me of flight changes

| | |
|---|---|
| From: FT LAUDERDALE, FL (FLL) | Departs: 11:35am |
| To: BALTIMORE WASHNTN, MD (BWI) | Arrives: 2:10pm |
| Departure Terminal: TERMINAL 1 | Duration: 2 hour(s) and 35 minute(s) |
| Arrival Terminal: | Class: Economy |
| Seat(s): Check-in Required | Status: Confirmed |
| Notes: | |
| Gate: Check for latest information | |

▼ Show Detail ▼
Please verify flight times prior to departure

**Notes:**

PLEASE REVIEW ALL DOCUMENTATION IMMEDIATELY.
TRAVIZON DOES NOT ACCEPT RESPONSIBILITY
FOR DISCREPANCIES REPORTED MORE THAN 24 HOURS AFTER
RECEIPT OF DOCUMENTS, WHETHER BY FAX, ELECTRONIC
DOCUMENT, OR PAPER TICKET.
THANK YOU FOR BOOKING WITH TRAVIZON.

# Biltmore
### CORAL GABLES ~ MIAMI
*The Leading Hotels of the World*

1200 ANASTASIA AVENUE • CORAL GABLES, FLORIDA 33134 • 305-445-1926

Room No. 548

MS. JEAN CONSTANTINEDAVIS
18705 WILLOW OAK DR
DERWOOD, MD 20855

Folio No: U1761  BCA
Arrive: 11/19/08  Clerk 2:28 PM
Departure: 11/20/08  8:30 AM
Rate: $255.00
Package: 0
No. In Party: $.00
Deposit. Rec'd.

| Date | Code | Description | Charges | Credits |
|---|---|---|---|---|
| 11/19/08 | 05 00570774 | Fontana Restaurant POS Charge | 22.86 | |
| 11/19/08 | 03 00570924 | Room Service POS Charge | 38.43 | |
| 11/19/08 | R1 548 | Room Charge | 255.00 | |
| 11/19/08 | T1 548 | ROOM TAX | 33.15 | |
| 11/19/08 | IS 548 | Resort Fee | 20.00 | |
| 11/20/08 | 08 36540 | Business Center BW/P | 20.00 | |
| 11/20/08 | VM xxxxxxxxxxxx0773 | PAID BY VISA/MASTERCARD Checkout 8:30A | | 389.44 |

Amount Due: .00

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any or the full

Guest Signature _____

# Biltmore
### CORAL GABLES ~ MIAMI
*The Leading Hotels of the World*

1200 ANASTASIA AVENUE • CORAL GABLES, FLORIDA 33134 • 305-445-1926

| | | |
|---|---|---|
| Room No. | 548 | Folio No U1761 |
| | | Arrive 11/19/08 |
| | MS. JEAN CONSTANTINEDAVIS | Departure 11/20/08 |
| | 18705 WILLOW OAK DR | Rate $255.00 |
| | DERWOOD, MD 20855 | Package 1 |
| | | No. In Party $.00 |
| | | Deposit. Rec'd. |
| | | Clerk WAC  2:28 PM  IN |

| Date | Code | Description | Charges | Credits |
|---|---|---|---|---|
| 11/19/08 | 05 00570774 | Fontana Restaurant POS Charge | 22.86 | |
| 11/19/08 | 03 00570924 | Room Service POS Charge | 38.43 | |
| 11/19/08 | R1 Pre Print | Room/Pkg Chg | 255.00 | |
| 11/19/08 | RT Pre Print | Room Tax | 33.15 | |
| 11/19/08 | IS Pre Print | Resort Fee | 20.00 | |

Amount Due:   369.44

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any or the full

Guest Signature _____