
ROSENBERG & ESTIS, P.C.
ATTORNEYS AT LAW

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Timothy J. Fierst
212.551.1203
tfierst@rosenbergestis.com

July 19, 2012

**VIA ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Lodge v. United Homes, LLC, et. al.*
     *Case No. 05 Civ. 187 (KAM)(RLM)*

Dear Judge Matsumoto:

We represent defendants Bayview Loan Servicing, LLC, Bayview Asset Management, LLC, U.S. Bank, N.A. as trustee for Bayview Asset-Backed Securities Trust Series 2007-30, Bayview Financial, L.P., and Bayview Financial Management Corp. (collectively, the "Bayview Defendants") in the above-referenced action. As directed, together with counsel for plaintiff Mary Lodge ("Lodge"), we are writing to Your Honor with a status of our settlement discussions.

With respect to the mortgage foreclosure issue, Mr. Jensen and I have agreed upon a vacate date of December 15, 2012 and the schedule of payments to be made to Ms. Lodge upon execution of the agreement. The Bayview Defendants have requested that we proceed upon the basis of a consensual foreclosure so we can ensure clear title to the premises, and Ms. Lodge will execute a deed to the premises to be held in escrow pending her vacatur of the premises. We will begin drafting a formal settlement agreement embodying the terms of the settlement.

It is respectfully requested, therefore, that the Court provide us until August 6, 2012 to provide another status report at which time we hope to have the matter fully resolved and the settlement agreement completed.

Thank you for your patience and assistance in this matter. We are available for a conference with the Court if Your Honor so desires.

Respectfully submitted,

*/s/ Timothy J. Fierst*

Timothy J. Fierst

TJF:me
cc:    All Counsel (Via ECF)

RE\08857\0001\478829v2