SOUTH BROOKLYN LEGAL SERVICES
105 Court Street, 4th Floor
Brooklyn, New York 11201
(718) 237-5500

AARP FOUNDATION LITIGATION
601 E Street NW
Washington, D.C. 20049
(202) 434-2058

COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9204

*Attorneys for Plaintiff Mary Lodge*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARY LODGE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED HOMES, LLC, UNITED PROPERTY GROUP, LLC, YARON HERSHCO, GALIT NETWORK, LLC, OLYMPIA MORTGAGE CORP., BAYVIEW LOAN SERVICING, LLC, BAYVIEW ASSET MANAGEMENT, LLC, U.S. BANK, N.A., AS TRUSTEE FOR BAYVIEW ASSET-BACKED SECURITIES TRUST SERIES 2007-30, and BAYVIEW FINANCIAL MANAGEMENT CORP.<br><br>    Defendants. | Civil Action No.: CV-05-0187 (KAM)(RLM)<br><br>**SATISFACTION AND RELEASE OF JUDGMENT** |

  WHEREAS, on or about March 27, 2012, a Judgment was entered and docketed by the Clerk of this Court in the above-captioned action, granting Mary Lodge's motion for attorneys' fees and costs and entering judgment in favor of Mary Lodge and against Bayview Loan Servicing; LLC, Bayview Asset Management; LLC, U.S. Bank, N.A., as Trustee for Bayview

Asset-Backed Securities Trust Series 2007-30; Bayview Financial, L.P.; and Bayview Financial Management Corp. for attorneys' fees and costs in the amount of $123,098.40 plus post-judgment interest; and

WHEREAS, via settlement among the parties, said judgment has been deemed fully satisfied;

NOW, THEREFORE, full satisfaction of the said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry on the docket of full and complete satisfaction of said judgment.

Dated: Brooklyn, New York
September 7, 2012

Respectfully Submitted,

SOUTH BROOKLYN LEGAL SERVICES

By: ____/s/ Sara Manaugh____
MEGHAN FAUX
PAVITA KRISHNASWAMY
SARA MANAUGH
105 Court Street, 4th Floor
Brooklyn, New York 11201
(718) 237-5500
smanaugh@sbls.org

AARP FOUNDATION LITIGATION
Jean Constantine Davis
601 E Street NW
Washington, D.C. 20049
(202) 434-2058
jcd@aarp.org

Cowan, Liebowitz & Latman, P.C.
J. CHRISTOPHER JENSEN
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9204
jcj@cll.com

*Attorneys for Plaintiff Mary Lodge*