

December 13, 2013

*VIA ELECTRONIC CASE FILING*

Hon. Roanne L. Mann
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Sandra Barkley v. United Homes, LLC, et al.*, CV-04-0875 (KAM)(RLM)
             *Mary Lodge v. United Homes, LLC, et al.*, CV-05-0187 (KAM)(RLM)
             *R. & S. Gibbons v. United Homes, LLC, et al.*, CV-05-5302 (KAM)(RLM)
             *Dewitt Mathis v. United Homes, LLC, et al.*, CV-05-4386 (KAM)(RLM)
             *Miles and Lisa McDale v. United Homes, LLC, et al.*, CV-05-5362 (KAM)(RLM)
             *Charlene Washington v. United Homes, LLC, et al.*, CV-05-5679 (KAM)(RLM)

Dear Magistrate Judge Mann:

      We write in response to the Court's December 11, 2013 instruction that Plaintiffs submit a list of discovery issues that have been resolved since our last letter to the Court. No additional discovery issues have been resolved.

      Plaintiffs wish to make one correction: Plaintiffs contended that Mr. Hershco's Declaration that he had made no transfers of assets was contradicted by an earlier statement regarding the distribution of the proceeds of the sale of the Hershcos' Fisher Island home. ECF No. 695 at 5. We have since reviewed the documents produced on that sale again and withdraw this contention.

                                                  Respectfully submitted,
                                                  /s/
                                                  Jean Constantine-Davis

Working with struggling Americans 50+ to win back opportunity

**AARP Foundation Litigation**  •  601 E Street NW  •  Washington, DC 20049
Tel 202-434-2060  •  www.aarp.org/litigation  •  Fax 855-296-1218